Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **United Brands Products Design Development & Marketing, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Whip-It!** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-3325971** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **170 Associated Road, Ste. A**<br>**South San Francisco, CA 94080**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Mateo**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.whipitbrand.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 1 of 80

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     3400

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

| ■ | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **United Brands Products Design Development & Marketing, Inc.** | Case number (*if known*) _____ |
|---|---|---|
|  | Name |  |

---

| **Request for Relief, Declaration, and Signatures** |
|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  5, 2023**
                MM / DD / YYYY

**X** **/s/ Nesser David Zahriya**                               **Nesser David Zahriya**
Signature of authorized representative of debtor               Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Michael W. Malter**                               Date   **September  5, 2023**
Signature of attorney for debtor                                      MM / DD / YYYY

**Michael W. Malter #96533**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone   **(408) 295-1700**        Email address   **Michael@bindermalter.com**

**#96533 CA**
Bar number and State

Attachment A - Balance Sheet

**United Brands Inc.**
**Parent Company (Consolidated)**
**Balance Sheet**
**End of Sep 2023**

| Financial Row | Amount |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank** | |
| **10000 - Cash** | |
| 10010 - Cash - US Bank - 3263 Operating Acc | $731,813.53 |
| 10011 - Cash - US Bank - CKI 3222 | $3,634,881.53 |
| 10012 - Cash - UB 8070/ US Bank 3255 Customer Deposit | $183,935.00 |
| 10013 - Cash - US Bank - 3230 Ct Insurance | $1,000,000.00 |
| 10015 - Cash - Wells Fargo - 1286 | $107,577.74 |
| 10018 - Cash - Paypal | $59,811.84 |
| 10019 - Cash - US Bank GBP 6099 | $7,388.05 |
| 10020 - Cash - Chase C.D. | $8,078,564.27 |
| 10100 - Cash - In House Account - UB | $29,736.26 |
| 10105 - Cash - Petty Cash - AE | $1,924.73 |
| **Total - 10000 - Cash** | **$13,835,632.95** |
| **Total Bank** | **$13,835,632.95** |
| **Accounts Receivable** | |
| 11000 - Accounts Receivable | $2,550,965.05 |
| **11200 - AR - Others** | |
| **11210 - Other AR - Food Titans Amazon Seller** | |
| 11211 - Food Titans - Amazon Reserve | $5,659.49 |
| **Total - 11210 - Other AR - Food Titans Amazon Seller** | **$5,659.49** |
| 11220 - Other AR - eBay | ($179.47) |
| **Total - 11200 - AR - Others** | **$5,480.02** |
| **Total Accounts Receivable** | **$2,556,445.07** |
| **Other Current Asset** | |
| **12000 - Inventory Asset** | |
| 12000 - Inventory Asset | $17,033.39 |
| 12010 - Chargers | $7,829,974.39 |
| 12020 - Dispensers | $716,394.48 |
| 12030 - Torches | $1,594,659.99 |
| 12040 - Butane | $389,741.06 |
| 12050 - Stoves | $78,079.39 |
| 12060 - Propane | $2,732.92 |
| 12100 - Merchandise | $79,200.21 |
| 12300 - Bundled Kits | $17,436.50 |
| 12400 - Parts | $34,867.61 |
| 12600 - Raw Materials | $620,202.51 |
| 12925 - Inventory In Transit | $2,421,899.72 |
| **Total - 12000 - Inventory Asset** | **$13,802,222.17** |
| **13000 - Prepaid Expenses** | |
| 13000 - Prepaid Expenses | $259,868.88 |
| **Total - 13000 - Prepaid Expenses** | **$259,868.88** |
| 14000 - Undeposited Funds | $8,080.29 |
| 14100 - TD Ameritrade | $1,006,590.00 |
| **Total Other Current Asset** | **$15,076,761.34** |
| **Total Current Assets** | **$31,468,839.36** |
| **Fixed Assets** | |
| **15000 - Fixed Asset** | |
| **15100 - Office Equipment** | |
| 15100 - Office Equipment | $232,760.21 |
| 15101 - Office Equipment Accum Depr - Office Equipment | ($207,392.34) |
| **Total - 15100 - Office Equipment** | **$25,367.87** |

| | |
|---|---|
| **15200 - Office Furniture** | |
| 15200 - Office Furniture | $40,040.47 |
| 15201 - Office Furniture Accum Depr - Office Furniture | ($12,385.63) |
| **Total - 15200 - Office Furniture** | **$27,654.84** |
| **15300 - Computers & Software** | |
| 15300 - Computers & Software | $87,354.27 |
| 15301 - Computers & Software Accum Depr-Comp & Software | ($87,049.33) |
| **Total - 15300 - Computers & Software** | **$304.94** |
| **15400 - Vehicle** | |
| 15400 - Vehicle | $113,019.75 |
| 15401 - Accum Depr - Vehicle | ($111,535.88) |
| **Total - 15400 - Vehicle** | **$1,483.87** |
| **15500 - Machinery and Other Equip** | |
| 15500 - Machinery and Other Equip | $4,440,777.70 |
| 15501 - Accum Depr - Machinery | ($3,254,245.41) |
| **Total - 15500 - Machinery and Other Equip** | **$1,186,532.29** |
| **Total - 15000 - Fixed Asset** | **$1,241,343.81** |
| **15900 - Leasehold Improvements** | |
| 15900 - Leasehold Improvements | $350,854.79 |
| 15901 - Accum Amortization LHI | ($325,997.17) |
| **Total - 15900 - Leasehold Improvements** | **$24,857.62** |
| **Total Fixed Assets** | **$1,266,201.43** |
| **Other Assets** | |
| 16000 - Goodwill | $130,000.00 |
| 17000 - Other Intangible Assets | $20,000.00 |
| 18000 - Deposits | $1,004,739.58 |
| **19000 - Investments** | |
| 19010 - Famous | $20,000,000.00 |
| **Total - 19000 - Investments** | **$20,000,000.00** |
| 19500 - Loan Receivable | $7,000,000.00 |
| **Total Other Assets** | **$28,154,739.58** |
| **Total ASSETS** | **$60,889,780.37** |
| **Liabilities & Equity** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 - Accounts Payable | $250,564.71 |
| **Total Accounts Payable** | **$250,564.71** |
| **Credit Card** | |
| **21000 - Credit Cards** | |
| 21003 - AMEX - DZ 1016 | ($12,736.18) |
| 21004 - AMEX - NZ 1015 / 2013 | ($7,684.19) |
| 21005 - AMEX - JK 2022 | ($29,891.71) |
| 21006 - AMEX - TA 1012 / 2010 | ($487.26) |
| **Total - 21000 - Credit Cards** | **($50,799.34)** |
| **Total Credit Card** | **($50,799.34)** |
| **Other Current Liability** | |
| **22000 - Accrued Liabilities** | |
| 22000 - Accrued Liabilities | $21,000.00 |
| **22100 - Accr. Payroll** | |
| 22102 - Accr. Bonus | $2,083.34 |
| 22103 - Accr. Commission | $35,661.30 |
| 22105 - Accr. PTO | $208,931.49 |
| **Total - 22100 - Accr. Payroll** | **$246,676.13** |
| **Total - 22000 - Accrued Liabilities** | **$267,676.13** |
| **23000 - Sales and Use Tax Payable** | |
| 23100 - Accrue Use Tax | $4,062.77 |
| **23200 - Sales Tax Payable** | |
| 23205 - Sales Taxes Payable CA | $733.93 |
| **Total - 23200 - Sales Tax Payable** | **$733.93** |
| **Total - 23000 - Sales and Use Tax Payable** | **$4,796.70** |
| 24000 - Customer Deposits | $183,935.83 |
| 24200 - Other Payable | $1,000,000.00 |
| **25100 - Gift Certificate** | |

| | |
|---|---|
| 25105 - Gift Certificate Redemption | $10.00 |
| **Total - 25100 - Gift Certificate** | **$10.00** |
| **Total Other Current Liability** | **$1,456,418.66** |
| **Total Current Liabilities** | **$1,656,184.03** |
| **Equity** | |
| **30000 - Capital** | |
| 31005 - Nesser Zahriya | $101,936.62 |
| **Total - 30000 - Capital** | **$101,936.62** |
| Retained Earnings | $54,704,976.65 |
| Net Income | $4,426,683.07 |
| **Total Equity** | **$59,233,596.34** |
| **Total Liabilities & Equity** | **$60,889,780.37** |

Attachment B - Cash Flow Statement

**United Brands Inc.**
**Parent Company (Consolidated)**
# Cash Flow Statement
## From Jan 2023 to Jun 2023

| Financial Row | Amount |
|---|---|
| **Operating Activities** | |
| Net Income | $3,723,870.43 |
| **Adjustments to Net Income** | |
| Accounts Receivable | $339,076.49 |
| Other Current Asset | ($557,613.68) |
| Accounts Payable | $9,349.91 |
| Sales Tax Payable | ($137.66) |
| Other Current Liabilities | ($291,464.09) |
| **Total Adjustments to Net Income** | **($500,789.03)** |
| **Total Operating Activities** | **$3,223,081.40** |
| **Investing Activities** | |
| Fixed Asset | $308,180.15 |
| Other Asset | $24,952.90 |
| **Total Investing Activities** | **$333,133.05** |
| **Net Change in Cash for Period** | **$3,556,214.45** |
| **Cash at Beginning of Period** | **$10,796,791.07** |
| **Cash at End of Period** | **$14,353,005.52** |

Attachment 3 - 2021 Federal tax return

# 2021 TAX RETURN FILING INSTRUCTIONS
## U.S. CORPORATION INCOME TAX RETURN

# FOR THE YEAR ENDING
December 31, 2021

**Prepared For:**

United Brands Products Design
Development and Marketing, Inc.
170 Associated Road
South San Francisco, CA 94080

**Prepared By:**

Moss Adams LLP
635 Campbell Technology Parkway
Campbell, CA 95008-5071

**To be Signed and Dated By:**

The appropriate corporate officer(s).

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 4,411,653 |
| Less: payments and credits | $ | 4,910,229 |
| Plus: interest and penalties | $ | 0 |
| Overpayment | $ | 498,576 |

**Overpayment:**

| | | |
|---|---|---|
| Credit to your estimated tax | $ | 498,576 |
| Refunded to you | $ | 0 |

**Make Check Payable To:**

Not Applicable

**Mail Tax Return and Check (if applicable) To:**

This return has qualified for electronic filing. After you have reviewed the return for accuracy, please sign, date and return Form 8879-C to our office. We will transmit your return electronically to the IRS, and no further action is required.

**Return Must be Mailed on or Before:**

Return federal Form 8879-C to us as soon as possible.

**Special Instructions:**

# TAX RETURN FILING INSTRUCTIONS
### REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

**Prepared For:**

United Brands Products Design
Development and Marketing, Inc.
170 Associated Road
South San Francisco, CA  94080

**Prepared By:**

Moss Adams LLP
635 Campbell Technology Parkway
Campbell, CA 95008-5071

**Form Must be Filed On or Before:**

Return Form(s) 114A to us by October 17, 2022.

**Special Instructions:**

Form(s) 114 have been prepared for electronic filing.  Please sign, date, and return
Form(s) 114A to our office.  We will then transmit your report(s) to the FinCEN.

| Form 114a<br>Department of the Treasury<br>Financial Crimes Enforcement<br>Network (FinCEN)<br><br>May 2015 | **Record of Authorization to**<br>**Electronically File FBARs**<br><br>(See instructions below for completion)<br>Do not send to FinCEN. Retain this form for your records.<br>The form 114a may be digitally signed | <u>UNITEDB20210001</u> |
| --- | --- | --- |

| Part I | Persons who have an obligation to file a Report of Foreign Bank and Financial Account(s) |
| --- | --- |

| 1. Owner last name or entity's legal name<br>UNITED BRANDS PRODUCTS DESIGN<br>DEVELOPMENT AND MARKETING, INC. | 2. Owner first name | 3. Owner M.I. |
| --- | --- | --- |
| 4. Spouse last name (if jointly filing FBAR - see instructions below) | 5. Spouse first name | 6. Spouse M.I. |

I/we declare that I/we have provided information concerning _____5_____ (enter number of accounts) foreign bank and financial account(s) for the filing year ending December 31, __2021__ to the preparer listed in Part II; that this information is to the best of my/our knowledge true, correct, and complete; that I/we authorize the preparer listed in Part II to complete and submit to the Financial Crimes Enforcement Network (FinCEN) a Report of Foreign Bank and Financial Accounts (FBAR) based on the information that I/we have provided; and that I/we authorize the preparer listed in Part II to receive information from FinCEN, answer inquiries and resolve issues relating to this submission. I/we acknowledge that, notwithstanding this declaration, it is my/our legal responsibility, not that of the preparer listed in Part II, to timely file an FBAR if required by law to do so.

| 7. Owner signature (Authorized representative if entity) | 8. Date<br><br>_____<br>MM  DD  YYYY | 9. Owner or entity TIN<br><br>943325971 | 10. TIN<br>type | a [X] EIN<br>b  SSN/ITIN<br>c  Foreign |
| --- | --- | --- | --- | --- |
| 11. Spouse signature | 12. Date<br><br>_____<br>MM  DD  YYYY | 13. Spouse TIN | 14. TIN<br>type | a  EIN<br>b  SSN/ITIN<br>c  Foreign |

| Part II | Individual or Entity Authorized to File FBAR on behalf of Persons who have an obligation to file. |
| --- | --- |

| 15. Preparer last name<br>DELL | 16. Preparer first name<br>STACEY | 17. Preparer M.I.<br>J | 18. Preparer PTIN<br>P00196635 |
| --- | --- | --- | --- |

| 19. Address<br>635 CAMPBELL TECHNOLOGY PARKWAY | 20. City<br>CAMPBELL | 21. State<br>CA | 22. ZIP/postal code<br>950085071 |
| --- | --- | --- | --- |

| 23. Country<br>code<br>US | 24. Preparer's (item 15) employer's (Entity) name<br>MOSS ADAMS LLP | 25. Employer EIN<br>91-0189318 | 26. Preparer's signature |
| --- | --- | --- | --- |

### Instructions for completing the FBAR Signature Authorization Record

This record may be completed by the individual or entity granting such authorization (Part I) OR the individual/entity authorized to perform such services. The completed record <u>must</u> be signed by the individual(s)/entity granting the authorization (Part I) and the individual/entity that will file the FBAR. The Preparer/filing entity must be registered with FinCEN BSA E-File system. (See http://bsaefiling.fincen.treas.gov/main.html for registration).

Read and complete the account owner statement in Part I.

To authorize a third party to file the Foreign Bank and Financial Accounts Report (FBAR), the account owner should complete Part I, items 1 through 3 (as required), sign and date the document in Part I, items 7/8 and complete items 9 and 10. Item 7 may be digitally signed.

Accounts Jointly Owned by Spouses (see exceptions in the FBAR instructions)

If the account owner is filing an FBAR jointly with his/her spouse, the spouse must also complete Part I, items 4 through 6. The spouse must also sign and date the report in items 11/12, (item 11 may be digitally signed) and complete items 13 and 14. A third party preparer may be one of the spouses of the jointly owned foreign account. In this case, both spouses must complete Part I of form 114a in its entirety. The third party preparer (spouse) that will file the FBAR on behalf of both spouses will complete Part II in its entirety (do not use such terms as  *see above,* or *same as item number x)*.

Complete Part II, items 15 through 18 with the preparer's information. The address, items 19 through 23, is that of the preparer **or** the preparer's employer if the preparer is an employee. Record the employer's information (if any) in items 24 and 25. If the preparer does not have a PTIN, leave item 18 blank. The third party preparer <u>must</u> sign in item 26 (digital signature acceptable) of Part II indicating that the FBAR will be filed as directed by the authorizing authority.

The person(s) listed in Part I, and the person listed in Part II as authorized to file on behalf of the person(s) listed in Part I, should retain copies of this record of authorization and the filing itself, both for a period of 5 years. See 31 CFR 1010. 430(d).

**DO NOT SEND THIS RECORD TO FinCEN UNLESS REQUESTED TO DO SO.**

120011  04-01-21

Rev. 10.7 May 21, 2015

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 15 of 80

17511013  146892  644801                              2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

Form **8879-C**

## IRS e-file Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2021, or tax year beginning _____ , 2021, ending _____ , 20 _____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2021**

Department of the Treasury
Internal Revenue Service

| Name of corporation | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | 34,832,971. |
| 2 | Taxable income (Form 1120, line 30) | 2 | 21,007,872. |
| 3 | Total tax (Form 1120, line 31) | 3 | 4,411,653. |
| 4 | Amount owed (Form 1120, line 35) | 4 | |
| 5 | Overpayment (Form 1120, line 36) | 5 | 498,576. |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2021 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **MOSS ADAMS LLP** to enter my PIN **94080**
ERO firm name · do not enter all zeros

as my signature on the corporation's 2021 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2021 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ **OFFICER**

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. **77968594080**
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 10/13/22

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2021)

LHA

# BSA E-Filing - Report of Foreign Bank and Financial Accounts (FBAR)

FinCEN Form 114

UNITEDB20210001

**Filing Name**   UNITED BRANDS PRODUCTS DESIGN

**Submission Type**   NEW

PIN   NOT REQUIRED

**Check here** [X] **if this report is submitted by an authorized third party, and complete the 3rd party preparer section on page one of the report. The E-file system will auto complete item 46.**

NOTE: The FBAR must be received by the Department of the Treasury on or before April 15, 2022. An automatic extension to October 17, 2022 is available.

This report filed late for the following reason (Check only one):

a. [ ] Forgot to file

b. [ ] Did not know that I had to file

c. [ ] Thought account balance was below reporting threshold

d. [ ] Did not know that my account qualified as foreign

e. [ ] Account statement not received in time

f. [ ] Account statement lost (Replacement requested)

g. [ ] Late receiving missing required account information

h. [ ] Unable to obtain joint spouse signature in time

i. [ ] Unable to access BSA E-filing system

z. [ ] Other (please provide explanation below)

123151  05-20-21

**FinCEN Form 114**

# REPORT OF FOREIGN BANK
# AND FINANCIAL ACCOUNTS

**Do NOT file with your Federal Tax Return**

1 This report is for calendar year ended 12/31

**2021**

**Amended**

| Part I | Filer information | UNITEDB20210001 |
| --- | --- | --- |

**2 Type of filer**

a ☐ Individual  b ☐ Partnership  c ☒ Corporation  d ☐ Consolidated  e ☐ Fiduciary or other - Enter type _____

| 3 U.S. Taxpayer Identification Number | 3a TIN type | 4 Foreign identification (Complete only if item 3 is not applicable) | 5 Individual's date of birth MM/DD/YYYY |
| --- | --- | --- | --- |
| 943325971 | SSN/ITIN | a Type: ☐ Passport  ☐ Foreign TIN  ☐ Other | |
| If filer has no U.S. Identification number complete item 4 | ☒ EIN | b Number _____  c Country of Issue | |

| 6 Last name or organization name | 7 First name | 8 Middle initial | 8a Suffix |
| --- | --- | --- | --- |
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | | | |

**9 Mailing address (number, street, and apt. or suite no.)**

170 ASSOCIATED ROAD

| 10 City | 11 State | 12 ZIP/Postal Code | 13 Country |
| --- | --- | --- | --- |
| SOUTH SAN FRANCISCO | CA | 94080 | USA |

**14 a)** Does the filer have a financial interest in 25 or more financial accounts?

Yes ☐  Enter number of accounts _____  Do not complete Part II or Part III, but maintain records of the information.
No ☒

**b)** Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

Yes ☐  Enter number of accounts _____  Comp. Part IV, items 34 through 43 for each person on whose behalf the filer has sign. authority.
No ☒

| Part II | Information on financial account(s) owned separately |
| --- | --- |

| 15 Maximum value of account during calendar year | 15a Amount unknown | 16 Type of account  a ☒ Bank  b ☐ Securities  c ☐ Other - Enter type below |
| --- | --- | --- |
| 79,554. | | |

**17 Name of financial institution in which account is held**

CHINA MERCHANTS BANK, DONGGUAN

| 18 Account number or other designation | 19 Mailing address (number, street, apt. or suite no.) of financial institution in which account is held |
| --- | --- |
| 769905143732303 | 1/F, CMB, YOUNGJIANG BUILDING, ZHENGHE R |

| 20 City | 21 State, if known | 22 Foreign postal code, if known | 23 Country |
| --- | --- | --- | --- |
| DONGGUAN | | 523690 | CHINA |

| Signature | 44a Check here ☒ if this report is completed by a third party preparer and complete the third party preparer section. |
| --- | --- |

| 44 Filer signature | 45 Filer title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
| --- | --- | --- |
| The report will be electronically signed when filed | | This date will auto-fill when the FBAR is electronically signed |

| **Third Party Preparer Use Only** | 47 Preparer's last name DELL | 48 First name STACEY | 49 MI J | 50 Check if self-employed ☐ | 51 TIN P00196635 | 51a TIN type ☒ PTIN ☐ SSN/ITIN ☐ Foreign |
| --- | --- | --- | --- | --- | --- | --- |
| | 52 Contact phone no. 408-558-7500 | 52a Ext. | 53 Firm's name MOSS ADAMS LLP | | 54 Firm's TIN 91-0189318 | 54a TIN type ☒ EIN ☐ Foreign |
| | 55 Mailing address (number, street, or apt. or suite no.) 635 CAMPBELL TECHNOLOGY PAR | 56 City CAMPBELL | 57 State CA | 58 ZIP/Postal Code 950085071 | 59 Country US | |

| **Part II** | Continued - Information on Financial Account(s) Owned Separately | **FORM 114** |
|---|---|---|

**Complete a Separate Block for Each Account Owned Separately**

| **1** Filing for calendar year | **3-4** Check appropriate Identification Number | **6** Last Name or Organization Name |
|---|---|---|
| 2021 | [X] Taxpayer Identification Number<br>[ ] Foreign Identification Number<br>Enter identification number here:<br>943325971 | UNITED BRANDS PRODUCTS DESIGN<br>DEVELOPMENT AND MARKETING, INC. |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [X] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| 22,392,000. | [ ] | | | | |

**17** Name of Financial Institution in which account is held
HSBC

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 400700472838 | DES VOEUX RD |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| HONG KONG | | | HONG KONG |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [X] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| 5,021. | [ ] | | | | |

**17** Name of Financial Institution in which account is held
CHINA MERCHANTS BANK, DONGGUAN

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 769905143732121 | 1/F, CMB, YOUNGJIANG BUILDING, ZHENGHE R |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| DONGGUAN | | 523690 | CHINA |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [X] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| 31,696. | [ ] | | | | |

**17** Name of Financial Institution in which account is held
CHINA MERCHANTS BANK, DONGGUAN

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 769905143710188 | 1/F, CMB, YOUNGJIANG BUILDING, ZHENGHE R |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| DONGGUAN | | 523690 | CHINA |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [X] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| 20,000,000. | [ ] | | | | |

**17** Name of Financial Institution in which account is held
THE HONGKONG AND SHANGHAI BANK

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 147145395 | 10 MARINA BLVD, MARINA BAY FIN CTR TOWER |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| SINGAPORE | | 018983 | SINGAPORE |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [ ] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| | [ ] | | | | |

**17** Name of Financial Institution in which account is held

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| | | | |

| **15** Maximum value of account during calendar year | **15a** Amount Unknown | **16** Type of account | a [ ] Bank | b [ ] Securities | c [ ] Other - Enter type below |
|---|---|---|---|---|---|
| | [ ] | | | | |

**17** Name of Financial Institution in which account is held

| **18** Account number or other designation | **19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| **20** City | **21** State, if known | **22** ZIP/Postal Code, if known | **23** Country |
|---|---|---|---|
| | | | |

120015 04-01-21

17511013 146892 644801          2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

# U.S. Corporation Income Tax Return

**Form 1120**

Department of the Treasury
Internal Revenue Service

For calendar year 2021 or tax year beginning _____, ending _____

**EXTENSION GRANTED TO 10/17/21**

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2021**

| A Check if: | | TYPE OR PRINT | Name UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | B Employer identification number 94-3325971 |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | | | |
| b Life/nonlife consolidated return | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. 170 ASSOCIATED ROAD | C Date incorporated 02/10/1999 |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | | |
| 3 Personal service corp. (see instructions) | ☐ | | City or town, state or province, country, and ZIP or foreign postal code SOUTH SAN FRANCISCO, CA 94080 | D Total assets (see instructions) $ 51,684,279. |
| 4 Schedule M-3 attached | ☒ | | | |

**E Check if:** (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

## Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 85,478,369. | |
| b | Returns and allowances | 1b | 5,127,942. | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 80,350,427. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 45,991,327. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 34,359,100. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | 149,227. |
| 5 | Interest | SEE STATEMENT 2 | | 5 | 2,083. |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | 18,409. |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | 1,000. |
| 10 | Other income (attach statement) | SEE STATEMENT 3 | | 10 | 303,152. |
| 11 | Total income. Add lines 3 through 10 | ▶ | | 11 | 34,832,971. |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 12 | 4,390,000. |
| 13 | Salaries and wages (less employment credits) | 13 | 3,080,503. |
| 14 | Repairs and maintenance | 14 | 222,546. |
| 15 | Bad debts | 15 | 1,611. |
| 16 | Rents | 16 | 386,109. |
| 17 | Taxes and licenses SEE STATEMENT 4 | 17 | 2,098,448. |
| 18 | Interest (see instructions) | 18 | 905. |
| 19 | Charitable contributions SEE STATEMENT 5 AND SEE STATEMENT 6 | 19 | 1,258. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 292,237. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 104,939. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 321,246. |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement) SEE STATEMENT 7 | 26 | 2,850,699. |
| 27 | Total deductions. Add lines 12 through 26 | ▶ 27 | 13,750,501. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 21,082,470. |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | 74,598. |
| c | Add lines 29a and 29b | 29c | 74,598. |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions | 30 | 21,007,872. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 4,411,653. |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | 4,910,229. |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☒ | 34 | |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 0. |
| 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | 498,576. |
| 37 | Enter amount from line 36 you want: Credited to 2022 estimated tax ▶ 498,576. Refunded ▶ | 37 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ ▶ Title OFFICER

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

## Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name STACEY J. DELL | Preparer's signature STACEY J. DELL | Date 10/13/22 | Check ☐ if self-employed | PTIN P00196635 |
| Firm's name ▶ MOSS ADAMS LLP | | | Firm's EIN ▶ 91-0189318 | |
| Firm's address ▶ 635 CAMPBELL TECHNOLOGY PARKWAY CAMPBELL, CA 95008-5071 | | | Phone no. 408-558-7500 | |

111601 12-22-21 **LHA For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2021)

Case: 23-30604 Doc# 1 Filed: 09/05/23 Entered: 09/05/23 11:08:21 Page 20 of 80

17511013 146892 644801 2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | 149,195. | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends                                   STMT 8 | 32. | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | 74,598. |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | 149,227. | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | 74,598. |

Form **1120** (2021)

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 21 of 80

17511013  146892  644801                    2021.04030  UNITED  BRANDS  PRODUCTS  DE  644801_1

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | | | |
|---|---|---|---|---|---|

**Part I - Tax Computation**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | | | |
| 2 | Income tax. See instructions | | 2 | 4,411,653. | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | 3 | | |
| 4 | Add lines 2 and 3 | | 4 | 4,411,653. | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | | |
| b | Credit from Form 8834 (see instructions) | 5b | | | |
| c | General business credit (attach Form 3800) | 5c | | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | | |
| e | Bond credits from Form 8912 | 5e | | | |
| 6 | **Total credits.** Add lines 5a through 5e | | 6 | | |
| 7 | Subtract line 6 from line 4 | | 7 | 4,411,653. | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | | | |
| g | Other (see instructions - attach statement) | 9g | | | |
| 10 | **Total.** Add lines 9a through 9g | | 10 | | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 4,411,653. | |

**Part II - Reserved For Future Use**

| | | | | | |
|---|---|---|---|---|---|
| 12 | Reserved for future use | | 12 | | |

**Part III - Payments and Refundable Credits**

| | | | | | |
|---|---|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 | | 13 | 310,229. | |
| 14 | 2021 estimated tax payments | | 14 | 4,600,000. | |
| 15 | 2021 refund applied for on Form 4466 | | 15 | ( ) | |
| 16 | Combine lines 13, 14, and 15 | | 16 | 4,910,229. | |
| 17 | Tax deposited with Form 7004 | | 17 | | |
| 18 | Withholding (see instructions) | | 18 | | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | 19 | 4,910,229. | |
| 20 | Refundable credits from: | | | | |
| a | Form 2439 | 20a | | | |
| b | Form 4136 | 20b | | | |
| c | Reserved for future use | 20c | | | |
| d | Other (attach statement - see instructions) | 20d | | | |
| 21 | **Total credits.** Add lines 20a through 20d | | 21 | | |
| 22 | Reserved for future use | | 22 | | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | | 23 | 4,910,229. | |

Form **1120** (2021)

Case: 23-30604   Doc# 1   Filed: 09/05/23   3 Entered: 09/05/23 11:08:21   Page 22 of 80

| Schedule K | Other Information (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 423400

**b** Business activity ▶ RESTAURANT SUPPLY

**c** Product or service ▶ COFFEE SERVICE SUPPL

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? .............  | | X

If "Yes," enter name and EIN of the parent corporation ▶ _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)  | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) .............  | X |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions .............  | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| FAMOUS EXPRESS TRADING COMPANY LTD | | HONG KONG | 85.08% |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions .............  | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 .............  | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? .............  | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount .............  ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶     1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .............  ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $ _____

111632
12-22-21

Case: 23-30604   Doc# 1   Filed: 09/05/23   4 Entered: 09/05/23 11:08:21   Page 23 of 80

17511013  146892  644801                        2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

| Schedule K | Other Information *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | X | |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ............. ▶ $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                    By Value | | |

Form **1120** (2021)

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 24 of 80

17511013 146892 644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 22,544,137. | | 6,447,669. |
| 2a Trade notes and accounts receivable | 3,556,203. | | 5,421,574. | |
| b Less allowance for bad debts | ( ) | 3,556,203. | ( ) | 5,421,574. |
| 3 Inventories | | 3,630,450. | | 16,927,303. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 9 | | 1,434,829. | | 485,886. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) STMT 10 | | | | 20,156,590. |
| 10a Buildings and other depreciable assets | 4,819,379. | | 4,905,509. | |
| b Less accumulated depreciation | ( 2,463,456.) | 2,355,923. | ( 3,118,691.) | 1,786,818. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 150,000. | | 150,000. | |
| b Less accumulated amortization | ( ) | 150,000. | ( ) | 150,000. |
| 14 Other assets (att. stmt.) STMT 11 | | 3,155,243. | | 308,439. |
| 15 Total assets | | 36,826,785. | | 51,684,279. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 1,003,006. | | 1,119,003. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 12 | | 1,357,016. | | 708,632. |
| 19 Loans from shareholders | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 101,937. | 101,937. | 101,937. | 101,937. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 34,364,826. | | 49,754,707. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 36,826,785. | | 51,684,279. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | | Tax-exempt interest $ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation ...... $ | | |
| a Depreciation $ | | | b Charitable contributions $ | | |
| b Charitable contributions $ | | | | | |
| c Travel and entertainment $ | | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | | | 10 Income (page 1, line 28) - line 6 less line 9 | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | | 34,364,826. | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | | 15,389,881. | b Stock | | |
| 3 Other increases (itemize): | | | c Property | | |
| | | | 6 Other decreases (itemize): | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | | 49,754,707. | 8 Balance at end of year (line 4 less line 7) | | 49,754,707. |

Case: 23-30604   Doc# 1   Filed: 09/05/23   6 Entered: 09/05/23 11:08:21   Page 25 of 80

17511013  146892 644801            2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

**SCHEDULE D**
**(Form 1120)**

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L,
1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T.
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2021**

Name

UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Employer identification number

94-3325971

Did the corporation dispose of any investment(s) in a qualified opportunity fund during the tax year? ..................... ▶ ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

| Part I | Short-Term Capital Gains and Losses - Assets Held One Year or Less | | | | |
|---|---|---|---|---|---|
| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
| **1a** | Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b ................ | | | | |
| **1b** | Totals for all transactions reported on Form(s) 8949 with **Box A** checked ......... | | | | |
| **2** | Totals for all transactions reported on Form(s) 8949 with **Box B** checked ......... | | | | |
| **3** | Totals for all transactions reported on Form(s) 8949 with **Box C** checked ......... | 1,412,758. | 1,458,898. | 64,549. | 18,409. |
| **4** | Short-term capital gain from installment sales from Form 6252, line 26 or 37 .......................... | | | **4** | |
| **5** | Short-term capital gain or (loss) from like-kind exchanges from Form 8824 ...................... | | | **5** | |
| **6** | Unused capital loss carryover (attach computation) ................................... | | | **6** | ( ) |
| **7** | Net short-term capital gain or (loss). Combine lines 1a through 6 in column h ............ | | | **7** | 18,409. |

| Part II | Long-Term Capital Gains and Losses - Assets Held More Than One Year | | | | |
|---|---|---|---|---|---|
| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
| **8a** | Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b ................ | | | | |
| **8b** | Totals for all transactions reported on Form(s) 8949 with **Box D** checked ......... | | | | |
| **9** | Totals for all transactions reported on Form(s) 8949 with **Box E** checked ......... | | | | |
| **10** | Totals for all transactions reported on Form(s) 8949 with **Box F** checked ......... | | | | |
| **11** | Enter gain from Form 4797, line 7 or 9 ............................................. | | | **11** | |
| **12** | Long-term capital gain from installment sales from Form 6252, line 26 or 37 ................... | | | **12** | |
| **13** | Long-term capital gain or (loss) from like-kind exchanges from Form 8824 .................... | | | **13** | |
| **14** | Capital gain distributions ...................................................... | | | **14** | |
| **15** | Net long-term capital gain or (loss). Combine lines 8a through 14 in column h ............. | | | **15** | |

| Part III | Summary of Parts I and II | | |
|---|---|---|---|
| **16** | Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) | **16** | 18,409. |
| **17** | Net capital gain. Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) .................. | **17** | |
| **18** | Add lines 16 and 17. Enter here and on Form 1120, page 1, line 8, or the applicable line on other returns .................. | **18** | 18,409. |

**Note:** If losses exceed gains, see *Capital Losses* in the instructions.

LHA    **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**    **Schedule D (Form 1120) 2021**

121051
12-17-21

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 3,630,450. |
| 2 | Purchases | 2 | 58,920,989. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)  SEE STATEMENT 13 | 5 | 367,190. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 62,918,629. |
| 7 | Inventory at end of year | 7 | 16,927,302. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 45,991,327. |

**9 a** Check all methods used for valuing closing inventory:

   (i)   [X] Cost

   (ii)   [ ] Lower of cost or market

   (iii)   [ ] Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods    ▶ [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ [ ]

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d**

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions    [X] Yes   [ ] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    [ ] Yes   [X] No
    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

# Additional Information for
# Schedule M-3 Filers

OMB No. 1545-0123

▶ **Attach to Form 1120.**

▶ **Go to www.irs.gov/Form1120 for the latest information.**

| Name | Employer identification number (EIN) |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

| | | Yes | No |
|---|---|---|---|
| 1 | Does any amount reported on Schedule M-3 (Form 1120), Part II, line 9 or 10, column (d), reflect allocations to this corporation from a partnership of income, gain, loss, deduction, or credit that are disproportionate to this corporation's capital contribution to the partnership or its ratio for sharing other items of the partnership? | | X |
| 2 | At any time during the tax year, did the corporation sell, exchange, or transfer any interest in an intangible asset to a related person as defined in section 267(b)? | | X |
| 3 | At any time during the tax year, did the corporation acquire any interest in an intangible asset from a related person as defined in section 267(b)? | | X |
| 4a | During the tax year, did the corporation enter into a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations? | | X |
| b | At any time during the tax year, was the corporation a participant in a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471? | | X |
| 5 | At any time during the tax year, did the corporation make any change in accounting principle for financial accounting purposes? See instructions for the definition of "change in accounting principle" | | X |
| 6 | At any time during the tax year, did the corporation make any change in a method of accounting for U.S. income tax purposes? | | X |
| 7 | At any time during the tax year, did the corporation own any voluntary employees' beneficiary association (VEBA) trusts that were used to hold funds designated for employee benefits? | | X |
| 8 | At any time during the tax year, did the corporation use an allocation method for indirect costs capitalized to self-constructed assets that varied from its financial method of accounting? | | X |
| 9 | At any time during the tax year, did the corporation treat for tax purposes indirect costs, as defined in Regulations sections 1.263A-1(e)(3)(ii)(F), (G), and (H), as mixed-service costs, as defined in Regulations section 1.263A-1(e)(4)(ii)(C)? | | X |
| 10 | Did the corporation, under section 118 and 362(c) and the related regulations, take a return filing position characterizing any amount as a contribution to the capital of the corporation during the tax year by any nonshareholders? Amounts so characterized may include, without limitation, incentives, inducements, money, and property | | X |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule B (Form 1120) (Rev. 12-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**

OMB No. 1545-0123

Name
UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

**Employer identification number (EIN)**
94-3325971

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| NESSER ZAHRIYA | | UNITED STATES | 100.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**
117701
04-01-21    LHA

**Schedule G (Form 1120) (Rev. 12-2011)**

17511013  146892  644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ Attach to Form 1120 or 1120-C.
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

Check applicable box(es): (1) [X] Non-consolidated return (2) [ ] Consolidated return (Form 1120 only)
(3) [ ] Mixed 1120/L/PC group (4) [ ] Dormant subsidiaries schedule attached

| **Part I** | **Financial Information and Net Income (Loss) Reconciliation** (see instructions) |
|---|---|

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
  [ ] **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
  [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
 **b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
  [ ] **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
  [X] **No.** Go to line 1c.
 **c** Did the corporation prepare a non-tax-basis income statement for that period?
  [X] **Yes.** Complete lines 2a through 11 with respect to that income statement.
  [ ] **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2a** Enter the income statement period: Beginning 01/01/2021 Ending 12/31/2021
 **b** Has the corporation's income statement been restated for the income statement period on line 2a?
  [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  [X] **No.**
 **c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
  [ ] **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  [X] **No.**

**3a** Is any of the corporation's voting common stock publicly traded?
  [ ] **Yes.**
  [X] **No.** If "No," go to line 4a.
 **b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock ..........................
 **c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 ............ | **4a** | **15,389,881.** |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) [X] GAAP (2) [ ] IFRS (3) [ ] Statutory (4) [ ] Tax-basis (5) [ ] Other (specify) | | |
| **5a** Net income from noninclucible foreign entities (attach statement) ............ | **5a** | ( ) |
| **b** Net loss from noninclucible foreign entities (attach statement and enter as a positive amount) ............ | **5b** | |
| **6a** Net income from noninclucible U.S. entities (attach statement) ............ | **6a** | ( ) |
| **b** Net loss from noninclucible U.S. entities (attach statement and enter as a positive amount) ............ | **6b** | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) ............ | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) ............ | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) ............ | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclucible entities (attach stmt.) ............ | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) ............ | **9** | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) ............ | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) ............ | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) ............ | **10c** | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 ............ | **11** | **15,389,881.** |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 ................ ▶ | 51,684,279. | 1,827,635. |
| **b** Removed on Part I, line 5 ................ ▶ | | |
| **c** Removed on Part I, line 6 ................ ▶ | | |
| **d** Included on Part I, line 7 ................ ▶ | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**  Schedule M-3 (Form 1120) (Rev. 12-2019)

113321  04-01-21

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 30 of 80
17511013 146892 644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMEN | 94-3325971 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|

## Part II  Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar inc inclusions | | 427,125. | | 427,125. |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | 32. | | | 32. |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | 2,083. | | | 2,083. |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | (46,487,256.) | 495,929. | | (45,991,327.) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | 16,401. | -16,401. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | 50,002. | | 50,002. |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | -96,142. | | -96,142. |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 1,000. | | 1,000. |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach stmt.) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | 64,549. | | 64,549. |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach stmt.) STMT 14 | 361,630. | 10,950. | -383,530. | -10,950. |
| 26 Total income (loss) items. Combine lines 1 through 25 | -46,107,110. | 937,012. | -383,530. | -45,553,628. |
| 27 Total expense/deduction items (from Part III, line 39) | -10,577,835. | 497,273. | 4,641,834. | -5,438,728. |
| 28 Other items with no differences STMT 15 | 72,074,826. | | | 72,074,826. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 15,389,881. | 1,434,285. | 4,258,304. | 21,082,470. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | 15,389,881. | 1,434,285. | 4,258,304. | 21,082,470. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

113322
04-01-21

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMEN | 94-3325971 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 4,600,000. | | -4,600,000. | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 1,931,600. | -181,729. | | 1,749,871. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 905. | | | 905. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment    STMT 17 | 89,283. | | -22,314. | 66,969. |
| 12 Fines and penalties    STMT 18 | 5,066. | | -5,066. | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property    STMT 19 | 1,258. | | | 1,258. |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instrs.) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/ reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs    STMT 20 | | 19,271. | | 19,271. |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 463,274. | -171,037. | | 292,237. |
| 32 Bad debt expense    STMT 21 | 1,611. | | | 1,611. |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (att. stmt.) | | | | |
| 37 Sec. 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach stmt.)    STMT 22 | 3,484,838. | -163,778. | -14,454. | 3,306,606. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 10,577,835. | -497,273. | -4,641,834. | 5,438,728. |

113323
04-01-21

17511013 146892 644801                        2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

Form **926**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

# Return by a U.S. Transferor of Property to a Foreign Corporation

▶ Go to www.irs.gov/Form926 for instructions and the latest information.

▶ **Attach to your income tax return for the year of the transfer or distribution.**

OMB No. 1545-0026

Attachment
Sequence No. **128**

## Part I  U.S. Transferor Information (see instructions)

Name of transferor

UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Identifying number (see instructions)

94-3325971

**1** Is the transferee a specified 10%-owned foreign corporation that is not a controlled foreign corporation? ............... ☐ Yes ☒ No

**2** If the transferor was a corporation, complete questions 2a through 2d.

**a** If the transfer was a section 361(a) or (b) transfer, was the transferor controlled (under section 368(c)) by five or fewer domestic corporations? ☐ Yes ☒ No

**b** Did the transferor remain in existence after the transfer? ................................................... ☒ Yes ☐ No

If not, list the controlling shareholder(s) and their identifying number(s).

| Controlling shareholder | Identifying number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**c** If the transferor was a member of an affiliated group filing a consolidated return, was it the parent corporation? ......... ☐ Yes ☐ No

If not, list the name and employer identification number (EIN) of the parent corporation.

| Name of parent corporation | EIN of parent corporation |
|---|---|
|  |  |

**d** Have basis adjustments under section 367(a)(4) been made? ................................................ ☐ Yes ☒ No

**3** If the transferor was a partner in a partnership that was the actual transferor (but is not treated as such under section 367), complete questions 3a through 3d.

**a** List the name and EIN of the transferor's partnership.

| Name of partnership | EIN of partnership |
|---|---|
|  |  |

**b** Did the partner pick up its pro rata share of gain on the transfer of partnership assets? ........................... ☐ Yes ☐ No

**c** Is the partner disposing of its **entire** interest in the partnership? ................................................ ☐ Yes ☐ No

**d** Is the partner disposing of an interest in a limited partnership that is regularly traded on an established securities market? ................................................................................................. ☐ Yes ☐ No

## Part II  Transferee Foreign Corporation Information (see instructions)

**4** Name of transferee (foreign corporation)

FAMOUS EXPRESS TRADING COMPANY LTD.

**5a** Identifying number, if any

**6** Address (including country)

ROOM B19/F 244-252 DES VOEUX ROAD
HONG KONG, HONG KONG, CENTRAL HONG KONG HONG KONG

**5b** Reference ID number

000000000

**7** Country code of country of incorporation or organization

HK

**8** Foreign law characterization (see instructions)

LIMITED

**9** Is the transferee foreign corporation a controlled foreign corporation? ................................... ☒ Yes ☐ No

124531 04-01-21   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **926** (Rev. 11-2018)

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 33 of 80
17511013 146892 644801                                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

| Part III | Information Regarding Transfer of Property (see instructions) |

## Section A - Cash

| Type of property | (a) Date of transfer | (b) Description of property | (c) Fair market value on date of transfer | (d) Cost or other basis | (e) Gain recognized on transfer |
|---|---|---|---|---|---|
| Cash | 02/18/2021 | | 20,000,000. | | |

**10** Was cash the only property transferred? .................................................................  [X] **Yes**  ☐ **No**

If "Yes," skip the remainder of Part III and go to Part IV.

## Section B - Other Property (other than intangible property subject to section 367(d))

| Type of property | (a) Date of transfer | (b) Description of property | (c) Fair market value on date of transfer | (d) Cost or other basis | (e) Gain recognized on transfer |
|---|---|---|---|---|---|
| Stock and securities | | | | | |
| Inventory | | | | | |
| Other property (not listed under another category) | | | | | |
| | | | | | |
| | | | | | |
| Property with built-in loss | | | | | |
| Totals | | | | | |

**11** Did the transferor transfer stock or securities subject to section 367(a) with respect to which a gain recognition agreement was filed? ......................................................  ☐ **Yes**  ☐ **No**

**12 a** Were any assets of a foreign branch (including a branch that is a foreign disregarded entity) transferred to a foreign corporation? ..............................................................  ☐ **Yes**  ☐ **No**

If "Yes," go to line 12b.

**b** Was the transferor a domestic corporation that transferred substantially all of the assets of a foreign branch (including a branch that is a foreign disregarded entity) to a specified 10%-owned foreign corporation? ................  ☐ **Yes**  ☐ **No**

If "Yes," continue to line 12c. If "No," skip lines 12c and 12d, and go to line 13.

**c** Immediately after the transfer, was the domestic corporation a U.S. shareholder with respect to the transferee foreign corporation? ..................................................................  ☐ **Yes**  ☐ **No**

If "Yes," continue to line 12d. If "No," skip line 12d, and go to line 13.

**d** Enter the transferred loss amount included in gross income as required under section 91  ▶ $

**13** Did the transferor transfer property described in section 367(d)(4)? ..........................  ☐ **Yes**  ☐ **No**

If "No," skip Section C and questions 14a through 15.

## Section C - Intangible Property Subject to Section 367(d)

| Type of property | (a) Date of transfer | (b) Description of property | (c) Useful life | (d) Arm's length price on date of transfer | (e) Cost or other basis | (f) Income inclusion for year of transfer |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Property described in sec. 367(d)(4) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | | | | | | |

Form **926** (Rev. 11-2018)

**14 a** Did the transferor transfer any intangible property that, at the time of the transfer, had a useful life
reasonably anticipated to exceed 20 years? ......................................................................... **Yes** **No**

  **b** At the time of the transfer, did any of the transferred intangible property have an indefinite useful life? ................ **Yes** **No**

  **c** Did the transferor choose to apply the 20-year inclusion period provided under Regulations section
1.367(d)-1(c)(3)(ii) for any intangible property? ....................................................................... **Yes** **No**

  **d** If the answer to line 14c is "Yes," enter the total estimated anticipated income or cost reduction attributable
to the intangible property's, or properties', as applicable, use(s) beyond the 20-year period described in
Regulations section 1.367(d)-1(c)(3)(ii) ▶ $ _____

**15** Was any intangible property transferred considered or anticipated to be, at the time of the transfer or at any
time thereafter, a platform contribution as defined in Regulations section 1.482-7(c)(1)? ........................... **Yes** **No**

## Supplemental Part III Information Required To Be Reported (see instructions)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## Part IV   Additional Information Regarding Transfer of Property (see instructions)

**16** Enter the transferor's interest in the transferee foreign corporation before and after the transfer.

  **(a)** Before   .100 %   **(b)** After 85.080 %

**17** Type of nonrecognition transaction (see instructions) ▶ SECTION 351

**18** Indicate whether any transfer reported in Part III is subject to any of the following.

  **a** Gain recognition under section 904(f)(3) ............................................................ **Yes** ☒ **No**

  **b** Gain recognition under section 904(f)(5)(F) ......................................................... **Yes** ☒ **No**

  **c** Recapture under section 1503(d) .................................................................... **Yes** ☒ **No**

  **d** Exchange gain under section 987 .................................................................... **Yes** ☒ **No**

**19** Did this transfer result from a change in entity classification? ........................................ **Yes** ☒ **No**

**20 a** Did a domestic corporation make a distribution of property covered by section 367(e)(2)? (see instructions) ........... **Yes** ☒ **No**

   If "Yes," complete lines 20b and 20c.

  **b** Enter the total amount of gain or loss recognized pursuant to Regulations section 1.367(e)-2(b) ........▶ $ _____

  **c** Did the domestic corporation not recognize gain or loss on the distribution of property because the
property was used in the conduct of U.S. trade or business under Regulations section 1.367(e)-2(b)(2)? ................ **Yes** **No**

**21** Did a domestic corporation make a section 355 distribution of stock in a foreign controlled corporation
covered by section 367(e)(1)? See instructions .......................................................... **Yes** ☒ **No**

Form **926** (Rev. 11-2018)

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**

▶ **Information about Form 1125 and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name  UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Employer Identification number
94-3325971

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 NESSER ZAHRIYA | | 100% | 100.00% | | 4,390,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers .................................................................. | **2** | | 4,390,000. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ................................. | **3** | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | **4** | | 4,390,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 36 of 80

Form **2220**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Corporations

▶ Attach to the corporation's tax return.
▶ Go to www.irs.gov/Form2220 for instructions and the latest information.

OMB No. 1545-0123

**2021**

| Name | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

## Part I   Required Annual Payment

| | | | |
|---|---|---|---|
| 1 Total tax (see instructions) | | 1 | 4,411,653. |

| 2 a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | 2a | | |
| | b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method | 2b | | |
| | c | Credit for federal tax paid on fuels (see instructions) | 2c | | |
| | d | **Total.** Add lines 2a through 2c | | 2d | |

| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | 3 | 4,411,653. |
| 4 | Enter the tax shown on the corporation's 2020 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 | 4 | 4,080,297. |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | 5 | 4,080,297. |

## Part II   Reasons for Filing - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions.

6 ☐ The corporation is using the adjusted seasonal installment method.
7 ☐ The corporation is using the annualized income installment method.
8 ☐ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax.

## Part III   Figuring the Underpayment

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | 9 | 04/15/2021 | 06/15/2021 | 09/15/2021 | 12/15/2021 |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Sch A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column | 10 | 1,020,074. | 1,020,075. | 1,020,074. | 1,020,074. |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions | 11 | 1,510,229. | 1,300,000. | 2,100,000. | |
| | Complete lines 12 through 18 of one column before going to the next column. | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | 12 | | 490,155. | 770,080. | 1,850,006. |
| 13 | Add lines 11 and 12 | 13 | | 1,790,155. | 2,870,080. | 1,850,006. |
| 14 | Add amounts on lines 16 and 17 of the preceding column | 14 | | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 1,510,229. | 1,790,155. | 2,870,080. | 1,850,006. |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | 16 | | | | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | 17 | | | | |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | 18 | 490,155. | 770,080. | 1,850,006. | |

**Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **2220** (2021)

112801  01-06-22

| Part IV | Figuring the Penalty |
|---|---|

|  |  |  | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions | 19 |  |  |  |  |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 | 20 |  |  |  |  |
| 21 | Number of days on line 20 after 4/15/2021 and before 7/1/2021 | 21 |  |  |  |  |
| 22 | Underpayment on line 17 x Number of days on line 21 x 3% (0.03) / 365 | 22 | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2021 and before 10/1/2021 | 23 |  |  |  |  |
| 24 | Underpayment on line 17 x Number of days on line 23 x 3% (0.03) / 365 | 24 | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2021 and before 1/1/2022 | 25 |  |  |  |  |
| 26 | Underpayment on line 17 x Number of days on line 25 x 3% (0.03) / 365 | 26 | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2021 and before 4/1/2022 | 27 |  |  |  |  |
| 28 | Underpayment on line 17 x Number of days on line 27 x 3% (0.03) / 365 | 28 | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2022 and before 7/1/2022 | 29 |  |  |  |  |
| 30 | Underpayment on line 17 x Number of days on line 29 x *% / 365 | 30 | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2022 and before 10/1/2022 | 31 |  |  |  |  |
| 32 | Underpayment on line 17 x Number of days on line 31 x *% / 365 | 32 | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2022 and before 1/1/2023 | 33 |  |  |  |  |
| 34 | Underpayment on line 17 x Number of days on line 33 x *% / 365 | 34 | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2022 and before 3/16/2023 | 35 |  |  |  |  |
| 36 | Underpayment on line 17 x Number of days on line 35 x *% / 365 | 36 | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | 37 | $ | $ | $ | $ |
| 38 | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns | 38 | $ | | | 0. |

* Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter.
These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this
information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information.

112802 01-06-22
Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 38 of 80
17511013 146892 644801                        2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

# Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

Name(s) shown on return
UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Business or activity to which this form relates
OTHER DEPRECIATION

Identifying number
94-3325971

| **Part I** | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I. | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 64,877. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,050,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | EQUIPMENT (MACHINERY) - 2021 | 41,427. | 41,427. |
| | EQUIPMENT (OFFICE) - 2021 | 23,450. | 23,450. |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | 64,877. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | 64,877. |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | 1,050,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | 64,877. |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| **Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.) | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | 28,167. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

| **Part III** | MACRS Depreciation (Don't include listed property. See instructions.) | | |
|---|---|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | 17 | 199,193. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

| **Part IV** | Summary (See instructions.) | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 292,237. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

116251 12-28-21 **LHA For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2021)

Case 21-30504    Doc 67-1    Filed 09/05/23 Entered 09/05/23 11:08:21    Page 39 of 80

17511013 146892 644801                                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   **24b** If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2021 tax year: | | | | | |
| TRADEMARKS 2021 | 070121 | 50,235. | 197 | 180M | 1,675. |
| **43** Amortization of costs that began before your 2021 tax year | | | | **43** | 17,597. |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | 19,272. |

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 40 of 80

17511013 146892 644801     2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

Form **4797**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0184

**2021**

Attachment
Sequence No. **27**

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

▶ **Attach to your tax return.**

▶ **Go to www.irs.gov/Form4797 for instructions and the latest information.**

Name(s) shown on return

UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Identifying number

94-3325971

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2021 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

## Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| FURNITURE - 2018 | | | | | | |
| | 070118 | 021221 | 1,000. | 3,599. | 3,599. | 1,000. |
| EQUIPMENT (MACHINERY) - 2019 | | | | | | |
| | 070119 | 123121 | 0. | 3,315. | 3,315. | 0. |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 1,000. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.  SEE STATEMENT 23

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | 5,568. |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | 0. |

## Part II  Ordinary Gains and Losses (see instructions)

| | | |
|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** ( | ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | 1,000. |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | 1,000. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

118001
12-17-21

Form **4797** (2021)

| Part III | **Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255**  (see instructions) |
|---|---|

| | | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| **19 (a)** Description of section 1245, 1250, 1252, 1254, or 1255 property: | | | |
| **A** | | | |
| **B** | | | |
| **C** | | | |
| **D** | | | |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| **20** | Gross sales price (**Note:** See line 1a before completing.) | **20** | | | | |
| **21** | Cost or other basis plus expense of sale | **21** | | | | |
| **22** | Depreciation (or depletion) allowed or allowable | **22** | | | | |
| **23** | Adjusted basis. Subtract line 22 from line 21 | **23** | | | | |
| **24** | Total gain. Subtract line 23 from line 20 | **24** | | | | |
| **25** | **If section 1245 property:** | | | | | |
| **a** | Depreciation allowed or allowable from line 22 | **25a** | | | | |
| **b** | Enter the **smaller** of line 24 or 25a | **25b** | | | | |
| **26** | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| **a** | Additional depreciation after 1975 | **26a** | | | | |
| **b** | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | **26b** | | | | |
| **c** | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | **26c** | | | | |
| **d** | Additional depreciation after 1969 and before 1976 | **26d** | | | | |
| **e** | Enter the **smaller** of line 26c or 26d | **26e** | | | | |
| **f** | Section 291 amount (corporations only) | **26f** | | | | |
| **g** | Add lines 26b, 26e, and 26f | **26g** | | | | |
| **27** | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| **a** | Soil, water, and land clearing expenses | **27a** | | | | |
| **b** | Line 27a multiplied by applicable percentage | **27b** | | | | |
| **c** | Enter the **smaller** of line 24 or 27b | **27c** | | | | |
| **28** | **If section 1254 property:** | | | | | |
| **a** | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | **28a** | | | | |
| **b** | Enter the **smaller** of line 24 or 28a | **28b** | | | | |
| **29** | **If section 1255 property:** | | | | | |
| **a** | Applicable percentage of payments excluded from income under section 126 | **29a** | | | | |
| **b** | Enter the **smaller** of line 24 or 29a | **29b** | | | | |

**Summary of Part III Gains.**  Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| **30** | Total gains for all properties. Add property columns A through D, line 24 | **30** | |
| **31** | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | **31** | |
| **32** | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | **32** | |

| Part IV | **Recapture Amounts Under Sections 179 and 280F(b)(2)  When Business Use Drops to 50% or Less** |
|---|---|
| | (see instructions) |

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| **33** | Section 179 expense deduction or depreciation allowable in prior years | **33** | | |
| **34** | Recomputed depreciation. See instructions | **34** | | |
| **35** | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | **35** | | |

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 42 of 80

17511013  146892 644801                                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

# Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMEN | 94-3325971 |
| Name of subsidiary | Employer identification number |

## Part I Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| **1** Amounts attributable to cost flow assumptions | | | | |
| **2** Amounts attributable to: | | | | |
| **a** Stock option expense | | | | |
| **b** Other equity-based compensation | | | | |
| **c** Meals and entertainment | | | | |
| **d** Parachute payments | | | | |
| **e** Compensation with section 162(m) limitation | | | | |
| **f** Pension and profit sharing | | | | |
| **g** Other post-retirement benefits | | | | |
| **h** Deferred compensation | | | | |
| **i** Reserved | | | | |
| **j** Amortization | | | | |
| **k** Depletion | | | | |
| **l** Depreciation | | | | |
| **m** Corporate-owned life insurance premiums | | | | |
| **n** Other section 263A costs | | | | |
| **3** Inventory shrinkage accruals | | | | |
| **4** Excess inventory and obsolescence reserves | | | | |
| **5** Lower of cost or market write-downs | | | | |
| **6** Other items with differences (attach statement) SEE STATEMENT 25 | 59,416,918. | -495,929. | | 58,920,989. |
| **7** Other items with no differences SEE STATEMENT 24 | -12,929,662. | | | -12,929,662. |
| **8** Total cost of goods sold. Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | 46,487,256. | -495,929. | | 45,991,327. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

## Part II   Interest Income

| Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| **1** Tax-exempt interest income | | | | |
| **2** Interest income from hybrid securities | | | | |
| **3** Sale/lease interest income | | | | |
| **4a** Intercompany interest income - From outside tax affiliated group | | | | |
| **4b** Intercompany interest income - From tax affiliated group | | | | |
| **5** Other interest income                STMT 26 | 2,083. | | | 2,083. |
| **6** Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 2,083. | | | 2,083. |

## Part III   Interest Expense

| Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| **1** Interest expense from hybrid securities | | | | |
| **2** Lease/purchase interest expense | | | | |
| **3a** Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| **3b** Intercompany interest expense - Paid to tax affiliated group | | | | |
| **4** Other interest expense                STMT 27 | 905. | | | 905. |
| **5** Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 905. | | | 905. |

Form **8916-A** (Rev. 11-2019)

113316
04-01-21

17511013  146892  644801                              2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

# Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

▶ Go to www.irs.gov/Form8949 for instructions and the latest information.
▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

**2021**

Attachment
Sequence No. **12A**

| Name(s) shown on return | Social security number or taxpayer identification no. |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.

**Part I** **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You must check Box A, B, or C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [ ] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- [ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [X] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) | (e) Cost or other basis. See the Note below and see Column (e) in the instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See instructions. | | (h) Gain or (loss). Subtract column (e) from column (d) & combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) | (g) Amount of adjustment | |
| 100 SHRS BABA | 09/02/21 | 12/03/21 | 11,131. | 17,559. | | | <6,428.> |
| 2000 SHRS AHT | 12/03/21 | 12/03/21 | 19,580. | 19,739. | | | <159.> |
| 300 SHRS BIDU | 06/14/21 | 06/15/21 | 56,008. | 56,940. | | | <932.> |
| 1000 SHRS CHURCHILL | 06/01/21 | 06/10/21 | 25,380. | 19,955. | | | 5,425. |
| 1000 SHRS CHURCHILL | 06/28/21 | 07/19/21 | 21,110. | 27,060. | | | <5,950.> |
| 500 SHRS CPNG | 06/29/21 | 07/19/21 | 19,448. | 21,109. | | | <1,661.> |
| 1100 SHRS DIDI | VARIOUS | 07/06/21 | 13,298. | 16,022. | | | <2,724.> |
| 890 SHRS DIDI | VARIOUS | 07/06/21 | 10,662. | 12,896. | W | 2,234. | 0. |
| 5000 SHRS INFI | VARIOUS | 08/31/21 | 17,338. | 12,196. | | | 5,142. |
| 38000 SHRS INFI | VARIOUS | 12/03/21 | 69,622. | 95,294. | W | 25,672. | 0. |
| 5923 SHRS INFI | VARIOUS | 12/09/21 | 13,681. | 12,083. | | | 1,598. |
| 44077 SHRS INFI | 12/06/21 | 12/09/21 | 101,371. | 107,732. | W | 10,976. | 4,615. |
| 1000 SHRS RIDE | 06/28/21 | 07/19/21 | 8,060. | 11,427. | | | <3,367.> |
| 1000 SHRS LCID | 11/08/21 | 11/09/21 | 42,960. | 47,270. | | | <4,310.> |
| 500 SHRS NIO | 06/30/21 | 07/19/21 | 20,322. | 26,183. | | | <5,861.> |
| 100 SHRS NVDA | 07/06/21 | 07/19/21 | 73,659. | 82,964. | W | 9,305. | 0. |
| 800 SHRS NVDA | 07/19/21 | 10/19/21 | 178,319. | 157,923. | | | 20,396. |
| 200 SHRS NVDA | 12/06/21 | 12/09/21 | 62,854. | 60,053. | | | 2,801. |
| 100 SHRS TSLA | 05/10/21 | 05/11/21 | 60,543. | 64,454. | W | 3,911. | 0. |
| 150 SHRS TSLA | VARIOUS | 05/12/21 | 90,144. | 98,356. | W | 8,211. | <1.> |
| 200 SHRS TSLA | 05/17/21 | 06/10/21 | 120,799. | 123,279. | W | 3,912. | 1,432. |
| 300 SHRS TSLA | 06/16/21 | 06/16/21 | 178,139. | 184,059. | | | <5,920.> |
| 100 SHRS TSLA | 10/28/21 | 11/02/21 | 117,705. | 106,991. | | | 10,714. |
| 1000 SHRS SPCE | 06/12/21 | 06/15/21 | 35,253. | 35,908. | W | 328. | <327.> |
| 300 SHRS SPCE | VARIOUS | 06/25/21 | 15,947. | 14,657. | | | 1,290. |
| 200 SHRS SPCE | 06/25/21 | 06/28/21 | 10,564. | 9,770. | | | 794. |
| 1000 SHRS ARCLIGHT | 05/27/21 | 06/10/21 | 18,861. | 17,019. | | | 1,842. |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) ▶ | | | 1412758. | 1458898. | | 64,549. | 18,409. |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

123011 12-14-21 **LHA For Paperwork Reduction Act Notice, see your tax return instructions.** Form **8949** (2021)

17511013 146892 644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

# Limitation on Business Interest Expense Under Section 163(j)

(Rev. May 2020)

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form8990 for instructions and the latest information.

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMEN | 94-3325971 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number ▶

| Part I | Computation of Allowable Business Interest Expense |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

## Section I - Business Interest Expense

| | | | |
|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation | 1 | 905. |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) | 2 | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | 3 | |
| 4 | Floor plan financing interest expense. See instructions | 4 | |
| 5 | **Total business interest expense.** Add lines 1 through 4 ▶ | 5 | 905. |

## Section II - Adjusted Taxable Income

### Taxable Income

| | | | |
|---|---|---|---|
| 6 | **Taxable income.** See instructions | 6 | 21,318,202. |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | 7 | |
| 8 | Any business interest expense not from a pass-through entity. See instructions | 8 | |
| 9 | Amount of any net operating loss deduction under section 172 | 9 | |
| 10 | Amount of any qualified business income deduction allowed under section 199A | 10 | |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions | 11 | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | 12 | |
| 13 | Other additions. See instructions | 13 | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | 14 | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | 15 | |
| 16 | **Total.** Add lines 7 through 15 ▶ | 16 | |

ALL ADJUSTMENTS ARE INCLUDED IN LINE 6 SEE FORM 8990 ADJUSTED TAXABLE INCOME WORKPAPER

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | |
|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | 17 | ( ) |
| 18 | Any business interest income not from a pass-through entity. See instructions | 18 | ( ) |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | 19 | ( ) |
| 20 | Other reductions. See instructions | 20 | ( ) |
| 21 | **Total.** Combine lines 17 through 20 ▶ | 21 | ( ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-.) ▶ | 22 | 21,318,202. |

LHA **For Paperwork Reduction Act Notice, see the instructions.**

Form **8990** (Rev. 5-2020)

123211 04-01-21

17511013 146892 644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

## Section III - Business Interest Income

| | | | | |
|---|---|---|---|---|
| 23 | Current year business interest income. See instructions | 23 | 2,083. | |
| 24 | Excess business interest income from pass-through entities (total of Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) | 24 | | |
| 25 | **Total.** Add lines 23 and 24 ▶ | 25 | | 2,083. |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See instructions | 26 | 6,395,461. | |
| 27 | Business interest income (line 25) | 27 | 2,083. | |
| 28 | Floor plan financing interest expense (line 4) | 28 | | |
| 29 | **Total.** Add lines 26, 27, and 28 ▶ | 29 | | 6,397,544. |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions | 30 | 905. |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) | 31 | |

| Part II | Partnership Pass-Through Items |
|---|---|

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 | 32 | |

### Excess Taxable Income  (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) | 34 | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 35 | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 | 36 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | |

| Part III | S Corporation Pass-Through Items |
|---|---|

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 42 | |

Form **8990** (Rev. 5-2020)

28

17511013  146892  644801								2021.04030  UNITED  BRANDS  PRODUCTS  DE  644801_1

# Form 8990 Adjusted Taxable Income

| | |
|---|---:|
| Total income without interest income and net capital gains/loss | 34,812,479. |
| Less: Pass-through income without capital gain/losses | ( ) |
| Add: Pass-through section 1231 loss treated as ordinary loss | |
| · Non-pass-through net capital gains/losses (limited to 0 if net capital loss is present) | 18,409. |
| · COGS depreciation and amortization | |
| · Other adjustments | |
| Total income without pass-throughs | 34,830,888. |

Deductions:

| | |
|---|---:|
| Compensation of officers | 4,390,000. |
| Salaries and wages | 3,080,503. |
| Repairs | 222,546. |
| Bad debts | 1,611. |
| Rents | 386,109. |
| Taxes | 2,098,448. |
| Charitable contributions without pass-throughs | 1,258. |
| Advertising | 104,939. |
| Pension, profit-sharing, etc., plans | |
| Employee benefit programs | 321,246. |
| Section 199A(g) deduction · 1120-C only | |
| Other deductions without Section 199A(g) | 2,850,699. |
| Less: Pass-through other deductions | ( ) |
| · Total amortization (without COGS) | ( 19,271.) |
| Total deductions | 13,438,088. |
| Taxable income before special deductions | 21,392,800. |
| Special deductions without section 250 deduction | |
| Tentative section 250 deduction for Section 163(j) purposes | 74,598. |
| Adjusted taxable income | 21,318,202. |

17511013  146892  644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

## U.S. Shareholder Calculation of Global Intangible Low-Taxed Income (GILTI)

▶ Go to www.irs.gov/Form8992 for instructions and the latest information.

OMB No. 1545-0123

Attachment
Sequence No. **992**

| Name of person filing this return | **A** Identifying number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |
| Name of U.S. shareholder | **B** Identifying number |

| **Part I** | **Net Controlled Foreign Corporation (CFC) Tested Income** | | |
|---|---|---|---|
| **1** | Sum of Pro Rata Share of Net Tested Income | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (e). | | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (c), that pertains to the U.S. shareholder. | **1** | 149,195. |
| **2** | Sum of Pro Rata Share of Net Tested Loss | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (f). | | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (f), that pertains to the U.S. shareholder. | **2** | ( ) |
| **3** | Net CFC Tested Income. Combine lines 1 and 2. If zero or less, stop here | **3** | 149,195. |

| **Part II** | **Calculation of Global Intangible Low-Taxed Income (GILTI)** | | |
|---|---|---|---|
| **1** | Net CFC Tested Income. Enter amount from Part I, line 3 | **1** | 149,195. |
| **2** | Deemed Tangible Income Return (DTIR) | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, multiply the total from Schedule A (Form 8992), line 1, column (g), by 10% (0.10). | | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (i), that pertains to the U.S. shareholder. | **2** | |
| **3a** | Sum of Pro Rata Share of Tested Interest Expense | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (j). | **3a** | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, leave line 3a blank. | | |
| **b** | Sum of Pro Rata Share of Tested Interest Income | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (i). | **3b** | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, leave line 3b blank. | | |
| **c** | Specified Interest Expense | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, subtract line 3b from line 3a. If zero or less, enter -0-. | | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (m), that pertains to the U.S. shareholder | **3c** | |
| **4** | Net DTIR. Subtract line 3c from line 2. If zero or less, enter -0- | **4** | 0. |
| **5** | GILTI. Subtract line 4 from line 1 | **5** | 149,195. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **8992** (Rev. 12-2021)

# SCHEDULE A
## (Form 8992)

(December 2021)

Department of the Treasury
Internal Revenue Service

# Schedule of Controlled Foreign Corporation (CFC) Information To Compute Global Intangible Low-Taxed Income (GILTI)

▶ **Go to** *www.irs.gov/Form 8992* **for instructions and the latest information.**

Name of person filing this schedule
UNITED BRANDS PRODUCTS DESIGN
DEVELOPMENT AND MARKETING, INC.

Name of U.S. shareholder

**A** Identifying number

94-3325971

**B** Identifying number

| (a) Name of CFC | (b) EIN or Reference ID |
|---|---|
| FAMOUS EXPRESS TRADING COMPANY LTD. | 000000000 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | Calculations for Net Tested Income (see instructions) | | | | | | | | GILTI Allocated to Tested Income CFCs (see instructions) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (c) Tested Income | (d) Tested Loss | (e) Pro Rata Share of Tested Income | (f) Pro Rata Share of Tested Loss | (g) Pro Rata Share of Qualified Business Asset Investment (QBAI) | (h) Pro Rata Share of Tested Loss QBAI Amount | (i) Pro Rata Share of Tested Interest Income | (j) Pro Rata Share of Tested Interest Expense | (k) GILTI Allocation Ratio (Divide Col. (e) by Col. (e), Line 1 Total) | (l) GILTI Allocated to Tested Income CFCs (Multiply Form 8992, Part II, Line 5, by Col. (k)) |
| | 175,358. | 0 | 149,195. | 0 | 0. | 0 | 0. | 0. | 1.0000 | 149,195. |
| | | | ( ) | ( ) | | ( ) | | | | |
| | | | ( ) | ( ) | | ( ) | | | | |
| | | | ( ) | ( ) | | ( ) | | | | |
| | | | ( ) | ( ) | | ( ) | | | | |
| | | | ( ) | ( ) | | ( ) | | | | |
| | | | ( ) | ( ) | | ( ) | | | | |
| **1. Totals** (see instructions) | 175,358. | 0 | 149,195. | 0 | 0. | 0 | 0. | 0. | 1.0000 | 149,195. |

**Totals on line 1 should include the totals from any continuation sheets.**

LHA **For Paperwork Reduction Act Notice, see Instructions for Form 8992.**

**Schedule A (Form 8992) (12-2021)**

**Section 250 Deduction for Foreign-Derived Intangible Income (FDII) and Global Intangible Low-Taxed Income (GILTI)**

▶ Go to www.irs.gov/Form8993 for instructions and the latest information.

OMB No. 1545-0123

Attachment Sequence No. **993**

| Name of person filing this return | Identifying number |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC. | 94-3325971 |

**Part I    Determining Deduction Eligible Income (DEI) and Deemed Intangible Income (DII)** (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Gross income | | 1 | 34,832,971. |
| 2 | Exclusions | | | |
| a | Income included under section 951(a)(1) (see instructions) | 2a | 277,930. | |
| b | Income included under section 951A (see instructions) | 2b | 149,195. | |
| c | Financial services income | 2c | | |
| d | CFC dividends (see instructions) | 2d | | |
| e | Domestic oil and gas extraction income | 2e | | |
| f | Foreign branch income | 2f | | |
| 3 | Total exclusions (add lines 2a through 2f) | | 3 | 427,125. |
| 4 | Gross DEI (subtract line 3 from line 1) | | 4 | 34,405,846. |
| 5 | Deductions properly allocable to the amount on line 4 | | 5 | |
| 6 | DEI (subtract line 5 from line 4) | | 6 | 34,405,846. |
| 7a | Deemed tangible income return (DTIR) (10% of QBAI) | 7a | | |
| b | DTIR (10% of QBAI) from partnerships | 7b | | |
| c | Total DTIR (add lines 7a and 7b) | | 7c | |
| 8 | DII (subtract line 7c from line 6) | | 8 | 34,405,846. |

**Part II    Determining Foreign-Derived Deduction Eligible Income (FDDEI)** (see instructions)

| | | **(A)** Foreign-derived income from all sales of general property | **(B)** Foreign-derived income from all sales of intangible property | **(C)** Foreign-derived income from all services | | **(D)** Total (add columns (A) through (C)) |
|---|---|---|---|---|---|---|
| 9a | Gross receipts | | | | 9a | |
| b | Gross receipts from partnerships | | | | 9b | |
| c | Total gross receipts (add lines 9a and 9b) | | | | 9c | |
| 10a | Cost of goods sold (COGS) (see instructions) | | | | 10a | |
| b | COGS from partnerships (see instructions) | | | | 10b | |
| c | Total COGS (add lines 10a and 10b) | | | | 10c | |
| 11 | Gross FDDEI (subtract line 10c from line 9c) | | | | 11 | |
| 12 | Allocable deductions | | | | 12 | |
| 13 | Allocable deductions from partnerships | | | | 13 | |
| 14 | Interest deductions | | | | 14 | 0. |
| 15 | Research and experimental deductions | | | | 15 | 0. |
| 16 | Other apportioned deductions | | | | 16 | 0. |
| 17 | Other apportioned deductions from partnerships | | | | 17 | 0. |
| 18 | Total deductions (add lines 12 through 17) | | | | 18 | 0. |
| 19 | FDDEI (subtract line 18 from line 11) | | | | 19 | 0. |

**Part III    Determining FDII and/or GILTI Deduction** (see instructions)

| | | | | |
|---|---|---|---|---|
| 20 | Foreign-derived ratio (FDDEI/DEI) (divide line 19 by line 6) | | 20 | |
| 21 | FDII (multiply line 8 by line 20) | | 21 | 0. |
| 22 | GILTI inclusion (see instructions) | | 22 | 149,195. |
| 23 | Total FDII and GILTI (add lines 21 and 22) | | 23 | 149,195. |
| 24 | Taxable income (see instructions) (If zero or less, skip lines 25 through 27 and enter -0- on lines 28 and 29.) | | 24 | 21,082,470. |
| 25 | Excess FDII and GILTI over taxable income (subtract line 24 from line 23). If zero or less, enter -0- here and on lines 26 and 27 | | 25 | 0. |
| 26 | FDII reduction (divide line 21 by line 23; multiply by line 25) | | 26 | 0. |
| 27 | GILTI reduction (subtract line 26 from line 25) | | 27 | 0. |
| 28 | FDII deduction (see instructions). Enter here and on Form 1120, Schedule C | | 28 | 0. |
| 29 | GILTI deduction (see instructions). Enter here and on Form 1120, Schedule C | | 29 | 74,598. |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**                    Form **8993** (Rev. 12-2021)

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:08:21   Page 51 of 80
17511013  146892  644801                          2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

**Section 1.263(a)-1(f) De Minimis Safe Harbor Election**

**United Brands Products Design**
**Development and Marketing, Inc.**
**170 Associated Road**
**South San Francisco, CA  94080**

**Employer Identification Number:  94-3325971**

**For the Year Ending December 31, 2021**

**United Brands Products Design Development and Marketing, Inc. is**
**making the de minimis safe harbor election under Reg. Sec.**
**1.263(a)-1(f).**

THE TAXPAYER OWNS 85.08% OF A FOREIGN CONTROLLED
CORPORATION, FAMOUS EXPRESS TRADING COMPANY LTD. A FORM 5471
FOR UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND MARKETING,
INC. WAS INCLUDED WITH THE INDIVIDUAL INCOME TAX RETURN OF
NESSER ZAHRIYA (SSN:            ) THAT WAS E-FILED ON OCTOBER
6, 2022.

FAMOUS EXPRESS TRADING COMPANY LTD:

NAME: FAMOUS EXPRESS TRADING COMPANY LTD.
ADDRESS: ROOM B19/F 244252 DES VOEUX ROAD, HONG KONG
EIN/REFERENCE ID: 000000000
REGISTRATION DATE: DECEMBER 17, 2009

AS SUCH, UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT AND
MARKETING, INC. HAS SATISFIED THE TAXPAYER'S FORM 5471
FILING REQUIREMENT.

17511013 146892 644801              2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

FORM 1120                    INTEREST INCOME                    STATEMENT 2

| DESCRIPTION | US | OTHER |
|---|---|---|
| INTEREST INCOME | | 2,083. |
| TOTAL TO FORM 1120, LINE 5 | | 2,083. |

FORM 1120                     OTHER INCOME                     STATEMENT 3

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 25,222. |
| SUBPART F INCOME | 277,930. |
| TOTAL TO FORM 1120, LINE 10 | 303,152. |

FORM 1120                  TAXES AND LICENSES                  STATEMENT 4

| DESCRIPTION | AMOUNT |
|---|---|
| DE FRANCHISE TAX | 987. |
| LICENSE AND PERMITS | 15,046. |
| PROPERTY TAX | 32,648. |
| TAXES | 299,896. |
| CALIFORNIA TAXES - BASED ON INCOME | 1,749,871. |
| TOTAL TO FORM 1120, LINE 17 | 2,098,448. |

CURRENT YEAR CONTRIBUTIONS                    STATEMENT 5

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | 1,258. |
| TOTAL CURRENT YEAR CONTRIBUTIONS | 1,258. |

STATEMENT(S) 2, 3, 4, 5
17511013 146892 644801                    2021.04030 UNITED BRANDS PRODUCTS DE 644801_1

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                          CONTRIBUTIONS                      STATEMENT 6
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT                1,258

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2016
  FOR TAX YEAR 2017
  FOR TAX YEAR 2018
  FOR TAX YEAR 2019
  FOR TAX YEAR 2020
                                             _____
  TOTAL CARRYOVER
  CURRENT YEAR CONTRIBUTIONS                       1,258
                                             _____
  TOTAL CONTRIBUTIONS AVAILABLE                    1,258
  TAXABLE INCOME LIMITATION AS ADJUSTED            1,258
                                             _____
  EXCESS CONTRIBUTIONS                                0
                                             _____
  ALLOWABLE CONTRIBUTIONS DEDUCTION                            1,258
                                                        _____
TOTAL CONTRIBUTION DEDUCTION                                  1,258
                                                        ================

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

===============================================================================

FORM 1120                     OTHER DEDUCTIONS                    STATEMENT 7
===============================================================================

DESCRIPTION                                                      AMOUNT
_____                                               _____

| AMORTIZATION | 19,271. |
| BANK FEES | 28,852. |
| COMPANY EVENTS | 9,074. |
| CREDIT CARD FEES | 21,386. |
| DUES AND SUBSCRIPTION | 11,153. |
| EDUCATION AND TRAINING | 1,246. |
| EXPENSED SOFTWARE | 81,335. |
| FOREIGN EXCHANGE GAIN OR LOSS | 211,581. |
| FURNITURE AND EQUIPMENT<$1,000 | 1,051. |
| INSURANCE | 305,711. |
| LEGAL | 226,103. |
| MARKETING | 105,910. |
| MEALS | 4,404. |
| MEALS NOT SUBJECT TO LIMITATION | 62,565. |
| MISC EXPENSE | 163. |
| OUTSIDE SERVICES | 728,806. |
| PROFESSIONAL SERVICES | 320,952. |
| R&D EXPENSES | 4,797. |
| RECRUITING | 4,850. |
| SHIPPING AND POSTAGE | 21,600. |
| STORAGE | 128,819. |
| SUPPLIES | 97,057. |
| TELEPHONE AND INTERNET | 25,313. |
| TRAVEL | 137,141. |
| UTILITIES | 201,312. |
| WORKERS COMP | 90,247. |

                                                              _____
TOTAL TO FORM 1120, LINE 26                                    2,850,699.
                                                              ============

===============================================================================

SCHEDULE C                    OTHER DIVIDENDS                    STATEMENT 8
===============================================================================

DESCRIPTION                                                      AMOUNT
                                                              _____

QUALIFIED DIVIDENDS                                                   32.
                                                              _____

TOTAL TO SCHEDULE C, LINE 20                                         32.
                                                              ============

| SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT 9 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| OTHER RECEIVABLES | 22,744. | 0. |
| PREPAID EXPENSE | 107,092. | 145,664. |
| PREPAID INVENTORY | 1,293,392. | 340,125. |
| UNDEPOSITED FUNDS | 11,601. | 97. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,434,829. | 485,886. |

| SCHEDULE L | OTHER INVESTMENTS | | STATEMENT 10 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| INVESTMENT IN SUB | 0. | 20,000,000. |
| TD AMERITRADE | 0. | 156,590. |
| TOTAL TO SCHEDULE L, LINE 9 | 0. | 20,156,590. |

| SCHEDULE L | OTHER ASSETS | | STATEMENT 11 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| DEPOSITS | 3,155,243. | 308,439. |
| TOTAL TO SCHEDULE L, LINE 14 | 3,155,243. | 308,439. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 12 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED BONUS | 12,500. | 6,250. |
| ACCRUED COMMISSION | 219,989. | 11,984. |
| ACCRUED LIABILITIES | 91,351. | 70,506. |
| ACCRUED PAYROLL | 350,675. | 174,230. |
| ACCRUED PTO | 202,957. | 329,000. |
| ACCRUED USE TAX | 0. | 318. |
| CREDIT CARD PAYABLE | 89,677. | 94,950. |
| CUSTOMER DEPOSIT | 0. | 19,922. |
| SALES TAX PAYABLE | 6,337. | 1,472. |
| SBA - PPP LOAN | 383,530. | 0. |
| TOTAL TO SCHEDULE L, LINE 18 | 1,357,016. | 708,632. |

| FORM 1125-A | OTHER COSTS | STATEMENT 13 |

| DESCRIPTION | AMOUNT |
|---|---|
| CLAIMS ADJUSTMENT | 1,904. |
| INVENTORY ADJUSTMENT | 861,215. |
| SECTION 263A ADJUSTMENT   CY | -495,929. |
| TOTAL TO LINE 5 | 367,190. |

| SCHEDULE M-3 | OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | STATEMENT 14 |

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | INCOME (LOSS) PER TAX RETURN |
|---|---|---|---|---|
| PPP LOAN FORGIVENESS INCOME | 383,530. | | -383,530. | 0. |
| UNREALIZED GAIN/LOSS | -21,900. | 10,950. | 0. | -10,950. |
| TOTAL TO M-3, PART II, LINE 25 | 361,630. | 10,950. | -383,530. | -10,950. |

```
SCHEDULE M-3        OTHER INCOME (LOSS) AND EXPENSE / DEDUCTION     STATEMENT 15
                          ITEMS WITH NO DIFFERENCES
```

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| OTHER INCOME (LOSS) - SEE STATEMENT | 80,375,649. | 80,375,649. |
| OTHER EXPENSE / DEDUCTION - SEE STATEMENT | -8,300,823. | -8,300,823. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 72,074,826. | 72,074,826. |

```
SCHEDULE M-3        OTHER INCOME (LOSS) ITEMS WITH NO DIFFERENCES   STATEMENT 16
```

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | INCOME (LOSS) PER TAX RETURN |
|---|---|---|
| GROSS RECEIPTS OR SALES | 85,478,369. | 85,478,369. |
| OTHER INCOME | 25,222. | 25,222. |
| RETURNS AND ALLOWANCES | -5,127,942. | -5,127,942. |
| TOTAL TO SCHEDULE M-3, PART II, LINE 28 | 80,375,649. | 80,375,649. |

```
SCHEDULE M-3                MEALS AND ENTERTAINMENT                  STATEMENT 17
```

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| ENTERTAINMENT | 17,911. | | -17,911. | 0. |
| MEALS AND ENTERTAINMENT | 71,372. | | -4,403. | 66,969. |
| TOTAL | 89,283. | | -22,314. | 66,969. |

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:32:21    Page 59 of 80

========================================================================

SCHEDULE M-3                    FINES AND PENALTIES              STATEMENT 18

------------------------------------------------------------------------

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| PENALTIES | 5,066. | | -5,066. | 0. |
| TOTAL | 5,066. | | -5,066. | 0. |

========================================================================

SCHEDULE M-3          CHARITABLE CONTRIBUTION OF CASH           STATEMENT 19
                         AND TANGIBLE PROPERTY

------------------------------------------------------------------------

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| CHARITABLE CONTRIBUTIONS | 1,258. | | 0. | 1,258. |
| TOTAL | 1,258. | | 0. | 1,258. |

========================================================================

SCHEDULE M-3             OTHER AMORTIZATION OR                  STATEMENT 20
                         IMPAIRMENT WRITE-OFFS

------------------------------------------------------------------------

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| COVENANT NOT TO COMPETE | 1,333. | | 0. | 1,333. |
| GOODWILL | 8,667. | | 0. | 8,667. |
| OTHER AMORTIZATION | -19,272. | 19,271. | 0. | -1. |
| TRADEMARKS | 3,390. | | 0. | 3,390. |
| TRADEMARKS 2019 | 2,009. | | 0. | 2,009. |
| TRADEMARKS 2020 | 2,198. | | 0. | 2,198. |
| TRADEMARKS 2021 | 1,675. | | 0. | 1,675. |
| TOTAL | 0. | 19,271. | 0. | 19,271. |

Case: 23-30604   Doc# 1   Filed: 09/05/23   Entered: 09/05/23 11:57:31   Page 600 of 800

SCHEDULE M-3                    BAD DEBT EXPENSE                    STATEMENT 21

| DESCRIPTION | EXPENSE PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| BAD DEBT | 1,611. | | 0. | 1,611. |
| TOTAL | 1,611. | | 0. | 1,611. |

SCHEDULE M-3          OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES   STATEMENT 22

| DESCRIPTION | EXPENSE/ DEDUCTION PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | EXPENSE/ DEDUCTION PER TAX RETURN |
|---|---|---|---|---|
| LEGAL | 276,338. | -50,235. | 0. | 226,103. |
| PARKING | 14,454. | | -14,454. | 0. |
| SALARIES AND WAGES | 3,194,046. | -113,543. | 0. | 3,080,503. |
| TOTAL TO M-3, PART III, LINE 38 | 3,484,838. | -163,778. | -14,454. | 3,306,606. |

| FORM 4797 | SECTION 1231 LOSSES FROM PRIOR YEARS | STATEMENT 23 |
| --- | --- | --- |

|  | LOSS SUSTAINED | LOSS PREVIOUSLY RECAPTURED | LOSS REMAINING |
| --- | --- | --- | --- |
| TAX YEAR 2016 |  |  |  |
| TAX YEAR 2017 |  |  |  |
| TAX YEAR 2018 |  |  |  |
| TAX YEAR 2019 | 5,568 |  | 5,568 |
| TAX YEAR 2020 |  |  |  |
| TOTAL REMAINING SECTION 1231 LOSSES FROM PRIOR YEARS |  |  | 5,568 |

| FORM 8916-A | OTHER ITEMS WITH NO DIFFERENCES | STATEMENT 24 |
| --- | --- | --- |

| DESCRIPTION | PER INCOME STATEMENT | PER TAX RETURN |
| --- | --- | --- |
| BEGINNING INVENTORY | 3,630,450. | 3,630,450. |
| CLAIMS ADJUSTMENT | 1,904. | 1,904. |
| ENDING INVENTORY | -16,927,302. | -16,927,302. |
| INVENTORY ADJUSTMENT | 861,215. | 861,215. |
| SECTION 263A ADJUSTMENT  CY | -495,929. | -495,929. |
| TOTAL TO LINE 7 | -12,929,662. | -12,929,662. |

| FORM 8916-A | OTHER ITEMS WITH DIFFERENCES | STATEMENT 25 |
| --- | --- | --- |

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
| --- | --- | --- | --- | --- |
| PURCHASES | 59,416,918. | -495,929. | 0. | 58,920,989. |
| TOTAL TO LINE 6 | 59,416,918. | -495,929. | 0. | 58,920,989. |

FORM 8916-A                    OTHER INTEREST INCOME                STATEMENT 26

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST INCOME | 2,083. | 0. | 0. | 2,083. |
| TOTAL TO PART II, LINE 5 | 2,083. | 0. | 0. | 2,083. |

FORM 8916-A                    OTHER INTEREST EXPENSE               STATEMENT 27

| DESCRIPTION | PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | PER TAX RETURN |
|---|---|---|---|---|
| INTEREST EXPENSE FROM TRADE OR BUSINESS | 905. | 0. | 0. | 905. |
| TOTAL TO PART III, LINE 4 | 905. | 0. | 0. | 905. |

Fill in this information to identify the case:

| Debtor name | **United Brands Products Design Development & Marketing, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Special Procedures PO Box 7346 Philadelphia, PA 19101-7346** | | **2023 estimat4ed federal taxes** | | | | **$1,600,000.00** |
| **Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812** | | **2023 estimated state taxes** | | | | **$700,000.00** |
| **Beazley Troutman Pepper Himilton Sanders 5 Park Plaza, Suite 1400 Irvine, CA 92614** | | **Trade debt** | | | | **$282,395.00** |
| **American Express P. O. Box 0001 Los Angeles, CA 90096-8000** | | **Trade debt** | | | | **$115,000.00** |
| **Span Tech LLC 1115 Cleveland Avenue Glasgow, KY 42141-0369** | | **Deposit paid to the Debtor** | | | | **$22,544.40** |
| **Kaiyun Industrial Development Ltd. Room 803, Chevalierhouse 45-51 Chatham Roud Soouth Tsim Sha Tsui, Kowloon HONG KONG** | | **Trade debt** | | | | **$16,479.00** |

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 64 of 80

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fedex Trade Networks** PO Box 842206 Boston, MA 02284-2206 | | **Trade Debt** | | | | $12,228.50 |
| **Winsight, LLC** PO Box 844604 Boston, MA 02284-4604 | | **Trade Debt** | | | | $11,585.00 |
| **Morrison Express Corp. USA** 2000 South Hughes Way El Segundo, CA 90245 | | **Trade debt** | | | | $9,730.00 |
| **CliftonLarsonAllen, LLP** PO Box 31001-2443 Pasadena, CA 91110-2443 | | **Trade Debt** | | | | $9,450.00 |
| **Yusen Logistics (Americas), Inc.** Dept AT 952154 Atlanta, GA 31192-2154 | | **Trade Debt** | | | | $9,036.65 |
| **Estes Express Lines** PO Box 105160 Atlanta, GA 30348-5160 | | **Trade Debt** | | | | $8,897.26 |
| **Verso Law Group, LLP** 209 Kearny Street, 3rd Floor San Francisco, CA 94108 | | **Trade Debt** | | | | $8,858.52 |
| **Semke Forensick** 154 Hughes Lane Saint Charles, MO 63301 | | **Trade Debt** | | | | $8,391.12 |
| **PG&E** P. O. Box 997300 Sacramento, CA 95899-7300 | | **Trade debt** | | | | $8,000.00 |
| **Kenneth R. Thompson** 4696 Jarvis Avenue San Jose, CA 95118 | | **Trade Debt** | | | | $8,000.00 |
| **Bluecrew, Inc.** PO Box 743554 Los Angeles, CA 90074-3554 | | **Trade Debt** | | | | $6,475.20 |

Case: 23-30604    Doc# 1    Filed: 09/05/23    Entered: 09/05/23 11:08:21    Page 65 of 80

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ArcBest PO Box 667 Belmont, NC 28012-0667** | | **Trade Debt** | | | | **$6,123.31** |
| **JAS Forwarding (USA), Inc. Dept 3570 P. O. Box 123570 Dallas, TX 75312-3570** | | **Trade debt** | | | | **$5,871.16** |
| **Naegeli Deposition and Trial 111 SW Fifth Avenue, Suite 2020 Portland, OR 97204** | | **Trade debt** | | | | **$5,853.76** |

Access Urgent Care 22, LLC
c/o Watters, Wolf, Bub & Hansmann, LLC
David P. Bub, D. Lester, T. Hayes
600 Kellwood Parkway, Suite 120 St.
Louis, MO 63017


ADT Commercia
PO Box 382109
Pittsburgh, PA 15251-8109


American Express
P. O. Box 0001
Los Angeles, CA 90096-8000


ArcBest
PO Box 667
Belmont, NC 28012-0667


Arthur Gregory Armour
5985 Indian Ave.
San Jose, CA 95123


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


AT&T
P. O. Box 5025
Carol Stream, IL 60197-5025


AT&T
P. O. Box 105068
Atlanta, GA 30348-5068

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Barbara L. Graham, Esq.
Gordon Rees Scully Mansukhani, LLP
211 N. Broadway, Suite 2150
Saint Louis, MO 63102


Barony Universal Products, PLC
5 Riverside Way
Irvine KA11 5DJ
UNITED KINGDOM


Beazley Troutman Pepper Himilton Sanders
5 Park Plaza, Suite 1400
Irvine, CA 92614


Bluecrew, Inc.
PO Box 743554
Los Angeles, CA 90074-3554


California Water Service Co.
341 North Deleware
San Mateo, CA 94401-1727


Case Stack - Hub Group, LLC
P. o. Box 95045
Chicago, IL 60694-5054


Centurion Janitorial Services
66 San Pedro Road, Suite C-5
Daly City, CA 94014

Cherry T Lobo
415 Firloch Ave. #2
Sunnyvale, CA 94086


Cintas
P. O. Box 630921
Cincinnati, OH 45263-0921


Cintas First Aid & Safety
P.O. Box 631025
Cincinati, OH 45263-1025


City & County of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco, CA 94102


CliftonLarsonAllen, LLP
PO Box 31001-2443
Pasadena, CA 91110-2443


Cool Bull Freight
496 Hester Street
San Leandro, CA 94577


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Coughing Cardinal, LLC
c/o Morrow, Willnauer, Church, LLC
James C. Morrow, Claudio Molteni
8330 Ward Parkway, Suite 300
Kansas City, MO 64114

Department of Motor Vehicles
PO Box 825339
Sacramento, CA 94232-5339


Dependable Highway Express
PO Box 58047
Los Angeles, CA 90058-0047


Doug & Cathy Geiger
c/o Franke Schultz & Mullen PC
John E. Franks & Jennifr Adamek-Moore
8900 Ward Parkway
Kansas City, MO 64114


Echo Global Logistics, Inc.
Attn: Accounts Receivable
22168 Network Place
Chicago, IL 60673-1221


Estes Express Lines
PO Box 105160
Atlanta, GA 30348-5160


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Fedex Trade Networks
PO Box 842206
Boston, MA 02284-2206


Flyers Energy
2360 Lindbergh Street
Auburn, CA 95602

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812


Gotham City Hospitality
17 Pickering Pl Dix Hills
Dix Hills, NY 11746


Hapag-Lloyd (America) LLC
5515 Spalding Drive
Peachtree Corners, GA 30092


Harrington Industrial Plastics, LLC
PO Box 676273
Dallas, TX 75267-6273


Hector D Cruz
15 Butler Rd, Apt A
South San Francisco, CA 94080


Innovation Specialists Marketing Group
65 Benedict Road
Salem, NY 10590


INSPE Associates, LLC
123 W. Madison Street, Suite 800
Chicago, IL 60602


Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346

James Fleming Notary Public
144 Cortland Ave
San Francisco, CA 94110


Jamil A. Hamdan
499 Prospect St.
Nutley, NJ 07110


JAS Forwarding (USA), Inc.
Dept 3570
P. O. Box 123570
Dallas, TX 75312-3570


Jason Politte
c/o The Simon Law Firm, PC
John M. Simon and John G. Simon
800 Market Street, Suite 1700
Saint Louis, MO 63101


Jason Politte
c/o Niemeyer, Grebel & Kruse, LLC
David Grebel, Mark Niemeyer
211 N. Broadway, Suite 2950
Saint Louis, MO 63102


Jimmy Zahriya
1715 Lake St
San Mateo, CA 94403


Kaiyun Industrial Development Ltd.
Room 803, Chevalierhouse 45-51
Chatham Roud Souoth
Tsim Sha Tsui, Kowloon
HONG KONG


Karen Chaplin
c/o The Simon Law Firm, PC
John M. Simon, John G. Simon
800 Market Street, Suite 1700
Saint Louis, MO 63101

Karen Chaplin
c/o Niemeyer, Grebel & Kruse, LLC
David Grebel, Mark Niemeyer
211 N. Broadway, Suite 2950
Saint Louis, MO 63102


Kenneth R. Thompson
4696 Jarvis Avenue
San Jose, CA 95118


King of Freight
PO Box 49170
Wichita, KS 67201


Landsberg
PO Box 101144
Pasadena, CA 91189-1144


Landstar Ranger
PO Box 784293
Philadelphia, PA 19178


Lexitas
PO Box 734298
Dept. 2023
Dallas, TX 75373-4298


Matheson Tri-Gas, Inc.
P. O. Box 842724
Dallas, TX 75284-2724


Matson Logistics Warehousing, Inc.
700 Independent Road
Oakland, CA 94621

Matson Logistics, Inc.
P, O, Box 99074
Chicago, IL 60693


McGill Hospitality
5 South Linden Avenue Suite 2
South San Francisco, CA 94080


McMaster - Carr
PO Box 7690
Chicago, IL 60680-7690


MiX Telematics North America, Inc.
750 Park of Commerce Boulevard
Boca Raton, FL 33487-3611


Morrison Express Corp. USA
2000 South Hughes Way
El Segundo, CA 90245


MUFG Union Bank, NA
P. O. Box 65168
Phoenix, AZ 85082


Naegeli Deposition and Trial
111 SW Fifth Avenue, Suite 2020
Portland, OR 97204


Peninsula Fire Protection, LLC
P.O. Box 1262
San Bruno, CA 94066

PG&E
P. O. Box 997300
Sacramento, CA 95899-7300


Planet Depos
P. O. Box 791571
Baltimore, MD 21279-1571


PReps Hospitality
1197C E Los Angeles Ave. #249
Simi Valley, CA 93065


Productive Printing & Graphics
6 So. Liden Avenue #4
South San Francisco, CA 94080


R+L Carriers
Accounts Payable
PO Box 10020
Port William, OH 45164-2000


Right Weigh Scale, LLC
20688 Corsair Blvd
Hayward, CA 94545


RoadEx America, Inc.
2132 E. Dominguez Street, Bldg B
Carson, CA 90810


Roadrunnder Transportation Service
PO Box 74857
Chicago, IL 60694-4857

Saleh Sales Services LLC
295 Johnston Ave APT # 418
Jersey City, NJ 07304


Semke Forensick
154 Hughes Lane
Saint Charles, MO 63301


South San Francisco Scavenger Co., Inc.
P. O. Box 348
500 E. Jamie Court
South San Francisco, CA 94083-0348


Span Tech LLC
1115 Cleveland Avenue
Glasgow, KY 42141-0369


Stephen Pappas, Esq.
P.O. Box 2048
Aptos, CA 95001


TA Services, Inc.
241 Regency Parkway
Mansfield, TX 76063


TAUC Properties, LLC
c/o Watters, Wolf, Bub & Hansmann, LLC
David P. Bub, D. Lester & T. Hayes
600 Kellwood Parkway, Suite 120 St.
Louis, MO 63017


Tekify Fiber & Wireless
713 Sandoval Way
Hayward, CA 94544

Trans Pac CG
3952D Clairemont Mesa Blvd., Ste. 397
San Diego, CA 92117


TransPacCG
3952D Clairemont Mesa Blvd., Ste.#397
San Diego, CA 92117


Trenton Geiger
c/o Thomas J. Magee, Esq.
701 Market Street, Suite 1400
Saint Louis, MO 63101


Uline - Aeration
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


Uline - UB
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


UPS
PO Box 894820
Los Angeles, CA 90189-4820


Verso Law Group, LLP
209 Kearny Street, 3rd Floor
San Francisco, CA 94108


Waste Mannagement
PO Box 541065
Los Angeles, CA 90054-1065

Wexxar Packaging, Inc.
13471 Vulcan Way
Richomd BC
V6V 1K4, Canada


WiLine Networks
2955 Campus Drive
San Mateo, CA 94403


Winsight, LLC
PO Box 844604
Boston, MA 02284-4604


XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559


Yusen Logistics (Americas), Inc.
Dept AT 952154
Atlanta, GA 31192-2154


Zoominfo
805 Broadway, Suite 900
Vancouver, WA 98660

<div align="center">

**United States Bankruptcy Court**
**Northern District of California**

</div>

In re   **United Brands Products Design Development & Marketing, Inc.**     Case No. _____

                       Debtor(s)          Chapter   **11** _____

<div align="center">

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

</div>

I, **Nesser David Zahriya**, declare under penalty of perjury that I am the **President** of **United Brands Products Design Development & Marketing, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 5th day of September, 2023..

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nesser David Zahriya**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nesser David Zahriya**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nesser David Zahriya**, **President** of this Corporation is authorized and directed to employ **Michael W. Malter #96533**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case."

Date     September 5, 2023            Signed     /s/ Nesser David Zahriya

                                                       **Nesser David Zahriya**

<div align="center">

Resolution of Board of Directors
of
**United Brands Products Design Development & Marketing, Inc.**

</div>

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nesser David Zahriya**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nesser David Zahriya, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nesser David Zahriya, President** of this Corporation is authorized and directed to employ **Michael W. Malter #96533**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case.

Date   September 5, 2023          Signed   /s/ Nesser David Zahriya

Date   _____          Signed   _____